David J. Jordan (USB #1751)
david.jordan@stoel.com
David B. Levant (Admitted *pro hac vice*)
david.levant@stoel.com
Mark E. Hindley (USB #7222)
mark.hindley@stoel.com
**STOEL RIVES LLP**
201 S Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  801.328.3131
Facsimile:  801.578.6999

*Counsel for Black Iron, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re  BLACK IRON, LLC<br><br>Debtor. | Bankruptcy Case No. 17-24816<br><br>Chapter 11<br><br>Adversary Proceeding No. 19-_____ |
| BLACK IRON, LLC, a Utah limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL CONBOY, an individual,<br><br>      Defendant. | **COMPLAINT FOR DECLARATORY RELIEF, FOR SETOFF, AND FOR DISALLOWANCE OF CLAIM** |

## INTRODUCTION

This action concerns a $2,902,900.06 Promissory Note (the "***Black Iron Note***") made by

Black Iron, LLC ("***Black Iron***" or "***Debtor***") to Michael Conboy ("***Conboy***") in connection with

Black Iron's purchase of the Iron Mountain Mine near Cedar City, Utah (the "***Mine***").

101570809.4 0068735-00001

Black Iron does not dispute that it delivered the Black Iron Note to Conboy, but brings this adversary proceeding for a declaration regarding certain terms of the Black Iron Note and to establish Black Iron's express contractual right to set-off against the principal amount of the Black Iron Note for the damages that Black Iron has suffered because of litigation to avoid the sale of the Mine to Black Iron brought by Wells Fargo Rail Corporation ("*Wells Fargo*").

In addition, Black Iron objects to the allowance of the Proof of Claim filed by Conboy with respect to the Black Iron Note (claim no. 6-1, the "*Conboy Note Claim*") in the Debtor's above-referenced bankruptcy case (the "*Bankruptcy Case*") for the reasons set forth below.

## PARTIES

1.      Black Iron is a Utah limited liability company with its principal place of business at 6249 W. Gilbert Industrial Court, Hurricane, Utah 84737.  Black Iron is the debtor and the debtor in possession in the Bankruptcy Case.

2.      Conboy is an individual whose business address is 1114 Avenue of the Americas, Twenty-Eighth Floor, New York, NY 10036.  Conboy is a creditor in the Bankruptcy Case.

## JURISDICTION AND VENUE

3.      This is a core proceeding over which the Bankruptcy Court has jurisdiction pursuant to 28 U.S.C. §§ 157(b)(2)(B) and 1334(a) and (b).  The matter in controversy arises in the Bankruptcy Case and arises under Sections 501 and 502 of the U.S. Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "*Bankruptcy Code*") and is brought pursuant to Rules 3007 and 7001 of the Federal Rules of Bankruptcy Procedure.  The Bankruptcy Court also has jurisdiction over this matter under 28 U.S.C. § 2201

4.      This also is a civil action between citizens of different states in which the matter in controversy exceeds the sum of $75,000.

5.     Conboy has voluntarily subjected himself to the jurisdiction of this Court by filing the Conboy Note Claim in the Bankruptcy Case.

6.     Black Iron is a resident of the State of Utah and a substantial part of the events giving rise to the claims described in this Complaint, including the sale of the Mine, the delivery of the Note, and the litigation by Wells Fargo, occurred in the District of Utah.

7.     Venue is proper in this Court under 28 U.S.C. §§ 1408, 1409(a) and 1391(b).

**GENERAL ALLEGATIONS**

**<u>The APA and the GDC Note</u>**

8.     On April 2, 2015 CML Metals, Corp. ("*CML*"), CML Holdings, Incorporated ("*Holdings*" and, together with CML, the "*Sellers*"), and Gilbert Development Corporation ("*GDC*") entered into an Asset Purchase Agreement (the "*APA*") under which the Sellers agreed to sell certain "Assets" (as defined in the APA, the "*Assets*") related to the Mine to GDC (the "*Sale*"). A copy of the APA is attached hereto as **Exhibit A**.

9.     In consideration for the Sale of the Assets, GDC agreed, among other things, to assume certain liabilities listed on Schedule 1.02 to the APA (the "*Assumed Liabilities*"), including the following:

> "**C.  Michael Conboy Payable**
>
> a.     GDC agrees to execute and assume liability for the payable owed to Michael Conboy in the amount of US$2,902,900.06 by executing and delivering the promissory note in the form attached as Exhibit A to this schedule (the '*Conboy Note*')."

10.     On April 2, 2015, concurrently with GDC's execution and delivery of the APA, GDC executed the form of the "Conboy Note" attached as Schedule 1.02 of the APA and attached as **Exhibit B** hereto (the "*GDC Note*").

11.     Section 4.01 of the APA provided for a closing of the purchase and sale of the Assets (the "*Closing*") on an unspecified date in 2015 at Southern Utah Title Company (the "*Title Company*") in St. George, Utah.

12.     Section 4.02(b) of the APA identified certain "Closing Deliveries" to be made by GDC at or prior to the Closing, including "(ii) the executed Conboy Note, attached as Schedule 1.02 of this Agreement, which GDC will deliver to the Title Company prior to Closing."

**The Assignment and the Black Iron Note**

13.     Section 1.01(a) of the APA provided that "CML will convey the Assets to GDC or, at GDC's direction, [to] GDC's nominee."

14.     GDC assigned all of its right, title and interest under the APA to Black Iron pursuant to an Assignment of Agreement Rights Under Asset Purchase Agreement dated April 29, 2015 (the "*Assignment*").  A copy of the Assignment (without exhibits) is attached hereto as **Exhibit C**.    Article II of the Assignment provides that "Notwithstanding the assignment [of GDC's right, title and interest under the APA to Black Iron], **GDC** will remain obligated under the APA for the GDC Assumed Liabilities set forth on Schedule 1.02 of the APA."  (Emphasis in original.)

15.     Following the Assignment to Black Iron, the parties replaced the GDC Note with the Black Iron Note, which was intended to constitute the Conboy Note under the APA:

a.     On May 4, 2015, shortly before Black Iron's delivery of Closing documents to the Title Company, the Sellers' attorney, Brian Rothschild ("*Rothschild*") sent an email to Steve Gilbert and Cyndi Gilbert (together, the "*Gilberts*") with the subject line "CML Metals - Conboy Promissory Note", a copy of which is attached hereto as **Exhibit D**, in which he

referred to the note attached to his email as the "*Revised* promissory note . . . ."  *Id.* (emphasis added).

b.        That "revised" Conboy Note still showed GDC as the obligor.  *Id*. Thereafter, the draft Conboy Note was further revised to name Black Iron as the obligor instead of GDC.  And on May 5, 2015, Rothschild sent another email to the Gilberts with the subject "CML Metals - Conboy Promissory Note", to which Rothschild attached the version of the Conboy Note *that replaced GDC with Black Iron*.  *See* **Exhibit E** hereto.  In his email Rothschild stated:  "If acceptable, please send it to escrow."  *Id*.

c.        On May 5, 2015 Black Iron, CML and the Title Company entered into the Joint Escrow and Closing Instruction Letter (the "*Escrow Instructions*", attached hereto as **Exhibit F**).  The Escrow Instructions provided for certain documents listed in Exhibit A thereto to be delivered to the Title Company in escrow, including the "Executed Conboy Note".

d.        On May 5, 2015, and pursuant to Rothschild's email, Black Iron executed and delivered the Black Iron Note to the Title Company.  A copy of the Black Iron Note is attached hereto as **Exhibit G**.

e.        The Black Iron Note was the version of the "Conboy Note" that Rothschild (as the Sellers' attorney) prepared, Black Iron signed and delivered to the Title Company, and the Sellers accepted at Closing.

16.     The Black Iron Note is identical to the GDC Note in most respects, but certain terms of the "Conboy Note" were changed from April 2 to May 5—including the interest rate, which was reduced from 18% to 10%.

17.     The Black Iron Note also includes the following paragraph that was not part of the GDC Note:

Maker's obligations under this Promissory Note are undertaken in connection with and as consideration for the sale (the "*Sale*") of certain assets and assumption of liabilities as contemplated in the asset purchase agreement (the "*APA*") dated as of April 2, 2015 by and between Maker as buyer on the one hand, and CML Metal, Corporation, and CML Holdings, Inc. as sellers on the other hand. Notwithstanding the foregoing obligations, *if a trustee, receiver, creditor, shareholder, court, or other party successfully overturns, challenges, avoids, or rescinds, etc. the Sale, Maker's obligations hereunder are null and void and Maker will have no obligation under this Note. To the extent, prior to the Maturity Date, that Maker or the property purchased in the Sale is subject to suit as a result of the Sale* or previously undisclosed liability (other than the Assumed Liabilities as set forth in the APA), *the Maturity Date will be extended until such obligation is resolved with no interest accruing until the suit is resolved by the parties. If any such liability shall be of such a magnitude that Maker is unable to realize quiet enjoyment of substantially all of the property purchased in the Sale, Maker has a secured right of setoff against this Promissory Note to the extent of such liability*.

(Emphasis added; the "*Extension, Setoff and Release Terms*".)

18.     The Sale of the Assets closed on or about May 5, 2015.  In connection with the Closing, the Black Iron Note was released by the Title Company and delivered to Conboy.

**The Wells Fargo Avoidance Litigation**

19.     Prior to 2015, CML leased certain railroad cars and locomotives (collectively, the "*Railcars*") from Wells Fargo Rail Corporation, f/k/a First Union Rail Corporation that CML used to transport iron ore from the Mine.  The Railcars were not part of the Assets included in the Sale under the APA and, at all times from March 10, 2015 through the Closing date, CML was engaged in litigation with First Union Rail concerning the Railcars.  In this respect, Schedule 1.01(b) to the APA ("Excluded Assets") listed among the CML assets excluded from the Sale "All causes of action against CML's customers and vendors including, without limitation, causes of action against Samuels Engineering and First Union Rail."

20.     On August 19, 2015, Wells Fargo filed a Counterclaim and Third Party Complaint against CML and Black Iron alleging that the Sale was a fraudulent transfer and seeking

damages against both CML and Black Iron and avoidance (*i.e.*, rescission) of the transfer of the Assets (the "***Wells Fargo Avoidance Litigation***").

21.     The Wells Fargo Avoidance Litigation has been pending against Black Iron at all times from August 19, 2015 through the March 31, 2018 "Maturity Date" of the Black Iron Note and is continuing on the date hereof as Adversary No. 17-2094 in this Bankruptcy Case.

22.     On June 1, 2017 Black Iron commenced the Bankruptcy Case because the Wells Fargo Avoidance Litigation, among other things, prevented Black Iron from reopening the Mine and related iron ore mill.

23.     On or about March 8, 2019 Wells Fargo obtained a stipulated judgment against CML for $23,988,912 for unpaid rent, interest, and liquidated damages for the Railcars.

24.     On information and belief, Wells Fargo is currently seeking in the Wells Fargo Avoidance Litigation to obtain a judgment against Black Iron approximating the amount of its judgment against CML.

25.     In addition to money damages, Wells Fargo has sought avoidance of the transfer of the Assets from Sellers to Black Iron as a remedy for the alleged fraudulent transfer of the Assets.

26.     Because of the Wells Fargo Avoidance Litigation, Black Iron has been unable to realize quiet enjoyment of the Assets purchased in the Sale.

27.     Since the commencement of the Wells Fargo Avoidance Litigation, and as a direct result of Black Iron's purchase of the Mine from the Sellers,  Black Iron has expended and is continuing to expend substantial amounts of legal fees and costs defending against Wells Fargo's claims in an amount to be proven at trial.

28.    Also as a proximate result of the Wells Fargo Avoidance Litigation, Black Iron's efforts to reopen the Mine have been substantially delayed, causing a delay in or loss of iron ore sales revenues and profits in substantial amounts to be proven at trial (collectively, Black Iron's "*Delay Damages*").

**Conboy's Surety Claim**

29.    The Utah Division of Oil, Gas and Mining is holding certain cash, certificates of deposit, cash equivalents, securities, and/or surety bonds (collectively, the "*Security Deposits*") to secure reclamation obligations relating to the Mine.

30.    On September 28, 2017, Conboy filed proof of claim no. 7-1 in the Bankruptcy Case (the "*Conboy Surety Claim*").

31.    The Conboy Surety Claim asserts a secured claim in the amount of $2,269,796.08, secured by "Deposits held by Utah DOGM".  *See* Conboy Surety Claim, items 7 & 9.  On information and belief, the "Deposits held by Utah DOGM" referred to in the Conboy Surety Claim are the Security Deposits.

32.    According to the Conboy Surety Claim, Conboy acquired the Conboy Surety Claim from CML.  *See* Conboy Surety Claim, item 2.

33.    More specifically, Conboy acquired the Conboy Surety Claim from Guidepoint Management LLC, as assignee for the benefit of creditors of CML, pursuant to a Claims Purchase Agreement dated as of July 18, 2017 attached to the Conboy Surety Claim.

34.    On June 7, 2018 Black Iron filed a complaint (Adversary No. 18-02075; the "*Surety Litigation*") objecting to the Conboy Surety Claim and seeking a determination that Black Iron the Security Deposits pursuant to the APA, among other things.

101570809.4 0068735-00001                                    8

35.    Until the Surety Litigation is resolved, Black Iron is unable to realize quiet enjoyment of substantially all of the property purchased in the Sale.

36.    As a direct result of the Conboy Surety Claim, Black Iron has expended and is continuing to expend substantial amounts of legal fees and costs in the Surety Litigation. These fees and costs, along with Black Iron's fees and costs associated with Wells Fargo Avoidance Litigation, are referred to collectively as Black Iron's "*Legal Fees & Costs*".

**The GDC Note Litigation**

37.    On November 30, 2018 Conboy commenced an action against GDC in the U.S. District Court for the District of Utah, Central Division (case no. 4:18-cv-00090-DN; the "*GDC Note Litigation*") for payment of the GDC Note. Conboy's Complaint made no mention of the Black Iron Note or the Extension, Setoff and Release Terms therein quoted in paragraph 17 above.

38.    On February 5, 2019 GDC moved to dismiss the GDC Note Litigation for failure, among other things, to join Black Iron as an indispensable party. Following an April 16, 2019 hearing on the Motion to Dismiss, District Court Judge David Nuffer raised questions about the relationship between the GDC Note and the Black Iron Note, and stated that he may consider withdrawing the reference of the proceedings concerning the Black Iron Note to address the issues relating to the two Notes.

39.    There exists a substantial actual controversy between Black Iron and Conboy regarding whether the Black Iron Note is enforceable.

40.    Declaratory relief is necessary pursuant to 28 U.S.C. § 2201 to declare the rights of, and other legal relations between Black Iron and Conboy.

**FIRST CLAIM FOR RELIEF**
**For a Declaration Regarding Extension**
**of the Maturity Date of the Black Iron Note**

41.     Black Iron hereby incorporates by reference all of its allegations in paragraphs 1 through 32 above as if fully set forth herein.

42.     Pursuant to the Extension, Setoff and Release Terms the Black Iron Note, if Black Iron or the Assets are subject to suit as a result of the Sale prior to the stated maturity date of the Black Iron Note, then the maturity date of the Black Iron Note is automatically extended until the suit is resolved.

43.     Black Iron and the Assets are subject to suit in the Wells Fargo Avoidance Litigation and to the Conboy Surety Claim.

44.     The Wells Fargo Avoidance Litigation was commenced, and the Conboy Surety Claim was filed, prior to the stated maturity date of the Black Iron Note and has been pending at all times since then.

45.     The Wells Fargo Avoidance Litigation and the Conboy Surety Claim are a direct result of the Sale.

46.     Accordingly,  Black Iron is entitled to a declaration that the stated maturity date of the Black Iron Note has been extended pursuant to the Extension, Setoff and Release Terms in the Black Iron Note and will be further continued until the Wells Fargo Avoidance Litigation and the Conboy Surety Claim are resolved.

**SECOND CLAIM FOR RELIEF**
**For a Declaration that No Interest Is Due**
**Under or Is Accruing on the Black Iron Note**

47.     Black Iron hereby incorporates by reference all of its allegations in paragraphs 1 through 38 above as if fully set forth herein.

101570809.4 0068735-00001                          10

48.	Pursuant to the Extension, Setoff and Release Terms in the Black Iron Note, if Black Iron or the Assets are subject to suit as a result of the Sale prior to the stated maturity date of the Black Iron Note, then no interest shall accrue on the principal amount of the Black Iron Note until the suit is resolved.

49.	Black Iron and the Assets are subject to suit in the Wells Fargo Avoidance Litigation and to the Conboy Surety Claim.

50.	The Wells Fargo Avoidance Litigation was commenced, and the Conboy Surety Claim was filed, prior to the stated maturity date of the Black Iron Note and has been pending at all times since then.

51.	The Wells Fargo Avoidance Litigation and the Conboy Surety Claim are a direct result of the Sale.

52.	By its terms, interest is only payable under the Black Iron Note if the Black Iron Note is not paid on its maturity date.

53.	Black Iron commenced the Bankruptcy Case prior to the maturity date of the Black Iron Note.  Accordingly, no interest could have accrued on the Black Iron Note prior to Black Iron's bankruptcy petition date.

54.	The Black Iron Note is an unsecured obligation of the Debtor.

55.	Pursuant to Section 506(b) of the Bankruptcy Code, unsecured creditors are not entitled to postpetition interest on unsecured claims.

56.	Accordingly,  Black Iron is entitled to a declaration that no interest has accrued or shall accrue on the principal amount of the Black Iron Note.

**THIRD CLAIM FOR RELIEF**
**For a Declaration that the Black Iron Note Will Be Null and**
**Void if Wells Fargo Prevails in the Wells Fargo Avoidance Litigation**

57.     Black Iron hereby incorporates by reference all of its allegations in paragraphs 1 through 48 above as if fully set forth herein.

58.     Pursuant to the Extension, Setoff and Release Terms in the Black Iron Note, if a creditor, court, or other party successfully "overturns, challenges, avoids, or rescinds, etc. the Sale", then Black Iron's obligations under the Black Iron Note "are null and void" and Black Iron will have no obligation under the Black Iron Note.

59.     At this time Wells Fargo is seeking a judgment in the Wells Fargo Avoidance Litigation challenging, avoiding, or rescinding the Sale.

60.     For purposes of the Extension, Setoff and Release Terms in the Black Iron Note, Wells Fargo is a "creditor" or "other party" and this Court is a "court".

61.     Accordingly, Black Iron is entitled to a declaration that, if Wells Fargo is successful in the Wells Fargo Avoidance Litigation in challenging, avoiding, or rescinding the Sale, then Black Iron's obligations under the Black Iron Note are "null and void" and Black Iron has no obligations under the Black Iron Note.

62.     In addition, for avoidance of doubt, Black Iron is entitled to a declaration that the terms in the phrase "overturns, challenges, avoids, or rescinds, etc. the Sale" are stated in the alternative, and that if any one of them applies (for example, if Wells Fargo is successful in the Wells Fargo Avoidance Litigation in "challenging" the Sale but the Court orders relief other than avoidance or rescission of the Sale), then Black Iron's obligations under the Black Iron Note are "null and void" and Black Iron has no obligations under the Black Iron Note.

101570809.4 0068735-00001                    12

**FOURTH CLAIM FOR RELIEF**
**For Express Contractual Setoff Against**
**the Black Iron Note if Black Iron Prevails in the Wells**
**Fargo Avoidance Litigation and the Black Iron Note is Not Null and Void**

63.     Black Iron hereby incorporates by reference all of its allegations in paragraphs 1 through 54 above as if fully set forth herein.

64.     Pursuant to the Extension, Setoff and Release Terms, Conboy granted Black Iron an express contractual right of setoff against the Black Iron Note for all liabilities of Black Iron incurred in connection with the Sale, provided that the liabilities are of such a magnitude that Black Iron is unable to realize quiet enjoyment of substantially all of the property purchased in the Sale.

65.     Black Iron has in fact incurred liabilities in connection with the Sale, including but not limited to the Legal Fees & Costs and the Delay Damages, of such a magnitude that Black Iron has been unable to realize quiet enjoyment of substantially all of the property purchased in the Sale.

66.     Accordingly, if Black Iron prevails in the Wells Fargo Avoidance Litigation and the Black Iron Note is *not* null and void, Black Iron is entitled to a judgment setting-off Black Iron's liabilities incurred in connection with the Sale against Black Iron's liabilities under the Black Iron Note.

**FIFTH CLAIM FOR RELIEF**
**For Common Law Setoff Against**
**the Black Iron Note if Black Iron Prevails in the Wells**
**Fargo Avoidance Litigation and the Black Iron Note is Not Null and Void**

67.     Black Iron hereby incorporates by reference all of its allegations in paragraphs 1 through 66 above as if fully set forth herein.

68.     Under Utah common law, Black Iron is entitled to a setoff of mutual obligations owed by and between Black Iron and Conboy.

69.     Accordingly, if Black Iron prevails in the Wells Fargo Avoidance Litigation and the Black Iron Note is *not* null and void, Black Iron is entitled to a judgment confirming and implementing the set-off of Black Iron's Legal Fees & Costs, and any other damages suffered by Black Iron for which Conboy might be liable, against Black Iron's liabilities under the Black Iron Note.

**SIXTH CLAIM FOR RELIEF**
**For a Declaration that the Black**
**Iron Note Supersedes the GDC Note**

70.     Black Iron hereby incorporates by reference all of its allegations in paragraphs 1 through 69 above as if fully set forth herein.

71.     Pursuant to the terms of the APA, the GDC Note executed and delivered to the Sellers on April 2, 2015 was intended to be the *form* of "Conboy Note" to be delivered at Closing, not the *definitive* "Conboy Note".

72.     Prior to the Closing, the parties to the APA agreed to certain material changes to the form of the "Conboy Note" to be delivered at Closing, including a reduction of the interest rate on the note from 18% to 10% and the addition of the Extension, Setoff and Release Terms.

73.     The Black Iron Note delivered to the Title Company on May 5, 2015 was in fact the definitive form of the "Conboy Note" for purposes of the Closing.

74.     Pursuant to the Assignment, GDC agreed that, notwithstanding the assignment of its rights under the APA to Black Iron, GDC "will remain obligated under the APA for the GDC Assumed Liabilities set forth in Schedule 1.02 of the APA."

75.     Pursuant to paragraph C of Schedule 1.02 to the APA, the "GDC Assumed Liabilities" owed to Conboy with respect to "Michael Conboy Payable" were to be assumed by executing and delivering the "Conboy Note".

76.     There can only be one definitive "Conboy Note" under the APA.

77.     To the extent GDC is required to perform under the GDC Note, GDC may be entitled to exoneration or indemnification by Black Iron.

78.     Conboy's attempt to enforce the GDC Note in the GDC Note Litigation subjects Black Iron to the risk of liability to GDC under circumstances in which Black Iron might otherwise have no liability to Conboy as a result of the Extension, Setoff and Release Terms in the Black Iron Note.

79.     Because of the different interest rates under the GDC Note and the Black Iron Note, Conboy's attempt to enforce the GDC Note in the GDC Note Litigation also subjects Black Iron to the risk of liability to GDC in a greater amount than Black Iron might otherwise be liable to Conboy for.

80.     Black Iron's efforts to reorganize are dependent on GDC in at least three respects: (i) GDC is the post-petition lender to Black Iron, having provided the Debtor with a $2 million line of credit that Black Iron requires in order to pay the fees and costs of the Bankruptcy Case; (ii) Black Iron anticipates that GDC will provide "exit financing" under Black Iron's pending Chapter 11 plan of reorganization; and (iii) Black Iron anticipates that GDC will provide mining services to it under the Chapter 11 plan.

81.     Black Iron is informed and believes that Conboy's attempt to enforce the GDC Note against GDC would adversely affect GDC's ability to provide post-petition financing and exit financing to Black Iron, and to perform mining services for reorganized Black Iron.

101570809.4 0068735-00001                                   15

82.     For the foregoing reasons, Black Iron believes that Conboy's attempt to enforce the GDC Note in the GDC Note Litigation could interfere with Black Iron's efforts to reorganize.

83.     Accordingly, Black Iron is entitled to a declaration that the GDC Note has been extinguished and entirely superseded by the Black Iron Note.

## SEVENTH CLAIM FOR RELIEF
### Objection to Allowance of Conboy Note Claim

84.     Black Iron hereby incorporates by reference all of its allegations in paragraphs 1 through 73 above as if fully set forth herein.

85.     Black Iron objects to allowance of the Conboy Note Claim to the extent that (i) the maturity date of the Black Iron Note has not occurred as of the date of this Complaint and may never occur; (ii) the Black Iron Note will be null and void and Black Iron will have no liability thereunder if Wells Fargo is successful in challenging, avoiding, or rescinding the Sale, regardless of whether the Court orders avoidance or rescission of the Sale; (iii) the Conboy Note Claim seeks payment of interest on the Black Iron Note.

## PRAYER FOR RELIEF

WHEREFORE, Black Iron requests the following relief:

A.     A declaration that the stated maturity date of the Black Iron Note has been extended pursuant to the Extension, Setoff and Release Terms in the Black Iron Note and will be further continued until the Wells Fargo Avoidance Litigation is resolved;

B.     A declaration that no interest has accrued or shall accrue on the principal amount of the Black Iron Note;

C.     A declaration that, if Wells Fargo is successful in the Wells Fargo Avoidance Litigation in challenging, avoiding, or rescinding the Sale, then Black Iron's obligations under

the Black Iron Note are "null and void" and Black Iron has no obligations under the Black Iron Note, regardless of whether the Court orders avoidance or rescission of the Sale;

D.      A judgment authorizing express contractual set-off of Black Iron's liabilities incurred in connection with the Sale against Black Iron's liabilities under the Black Iron Note (including but not limited to the Legal Fees & Costs and the Delay Damages), if Black Iron prevails in the Wells Fargo Avoidance Litigation and the Black Iron Note is *not* null and void;

E.      A judgment authorizing set-off under Utah common law of Conboy's liabilities to Black Iron (including but not limited to Conboy's liabilities for Black Iron's Legal Fees & Costs) against Black Iron's liabilities under the Black Iron Note, if Black Iron prevails in the Wells Fargo Avoidance Litigation and the Black Iron Note is *not* null and void;

F.      A declaration that Conboy's rights and claims against GDC under the GDC Note have been extinguished and entirely superseded by the Black Iron Note;

G.      An order disallowing the Conboy Note Claim until the Wells Fargo Avoidance Litigation is resolved;

H.      An order disallowing the Conboy Note Claim if Wells Fargo is successful in challenging, avoiding, or rescinding the Sale, regardless of whether the Court orders avoidance or rescission of the Sale;

I.      An order disallowing any amount of interest on the Conboy Note Claim; and

J.      Such other and further relief as the Court deems just and proper, including attorneys' fees to the extent recoverable under applicable law.

//

//

//

101570809.4 0068735-00001                    17

Dated this 9th day of May, 2019.

STOEL RIVES LLP

By:  *David J. Jordan*
 David J. Jordan
 David B. Levant
 Mark E. Hindley

*Attorneys for Black Iron, LLC*

# EXHIBIT A

## (APA)

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement (this "*Agreement*") entered into this ___ day of March, 2015 is by and among **CML Metals Corporation, a Utah Corporation ("*CML*") and CML Holdings, Incorporated ("*Holdings*" and, together with CML, the "*Sellers*") and Gilbert Development Corporation, a Nevada Corporation ("*GDC*" and, together with the Sellers, the "*Parties*").** The Parties acknowledge and agree that this Agreement is binding and enforceable. The persons executing this Agreement represent and warrant that they have full power and authority to enter into and be bound by the terms and provisions of this Agreement on behalf of their respective Parties. The Parties acknowledge that they are represented by counsel and have had an adequate opportunity for themselves and their counsel to review this Agreement. The terms of this Agreement are as follows:

## ARTICLE 1
## SALE OF ASSETS AND ASSUMPTION OF LIABILITIES

**Section 1.01   Assets.**

*(a)   Included Assets.* CML will sell, and GDC will purchase, all of CML's assets (the "*Assets*") except the Excluded Assets (defined below), including, without limitation, all of CML's real and personal property, fixtures, tangible and intangible, wherever located, mining claims, mineral rights, mineral leases, water rights; mining data base, drilling logs, electronic devices, including computers and cell phones, equipment, vehicles, and all other property that relates to CML's iron mine. **The Parties agree that the Assets include all property of CML not otherwise excluded in this Agreement. A list of certain of the Assets is attached as Schedule 1.01(a) hereto.** CML will convey the Assets to GDC or, at GDC's direction, GDC's nominee.

In addition, the Assets include all of the Sellers' interest in that certain lawsuit captioned *National Union Fire Insurance Company of Pittsburgh, PA. v. CML Metals Corporation, et. al.*, Civil No. 2:12-cv-00934 (the "*Lawsuit*"), subject to ARTICLE 2 of this Agreement.

*(b)* The Sellers will convey the Assets to GDC free and clear of all contractual security interests and liens; provided, however, that liens on the Assets will be satisfied using the Purchase Price from the escrow as set forth in Section 4.03 below. The Sellers also represent that as of the Closing no claims have been asserted against the Assets, including creditor lawsuits; stockholder lawsuits; officer and director lawsuits. Otherwise, all Assets are sold in **AS-IS, WHERE IS CONDITION, WITH ALL FAULTS**.

*(c)   Excluded Assets.* The Sellers will retain the assets listed on Schedule 1.01(b) (the "*Excluded Assets*").

4835-3390-3650.1

### Section 1.02   Assumption of Liabilities

At and after the Closing, GDC undertakes, assumes, and agrees to perform, and otherwise pay, satisfy and discharge the liability upon only those liabilities, contracts, or agreements listed in Schedule 1.02 (the "*Assumed Liabilities*").

### Section 1.03   The Purchase Price

#### (a)   *Purchase Price*

The Purchase Price shall be US$4,500,000.

#### (b)   *Payment of Purchase Price*

On execution of this Agreement, GDC will pay the Purchase Price into a designated escrow account at Southern Utah Title Company (the "*Title Company*"). On Closing, the Title Company will distribute the Purchase Price as set forth in Section 4.03 of this Agreement.

## ARTICLE 2

## SPLIT OF LAWSUIT PROCEEDS

### Section 2.01   Sale and Control of Lawsuit

GDC will assume control of the conduct of the Lawsuit from and after the Closing, and the Sellers will cooperate in the conduct of the Lawsuit as necessary. The Sellers will have the right to request information about the conduct and progress of the Lawsuit and GDC will give the Sellers notice of any offers to settle any portion of the Lawsuit; **provided**, **however**, **that any settlement of the Lawsuit will require the approval of all the Parties.**

### Section 2.02   Distribution of Proceeds

"*Gross Amount Recovered*" means the aggregate amount of any cash payment actually received on account of the Lawsuit to a final, non-appealable judgment in or final settlement of the Litigation before payment of attorneys' fees. including contingency fees.

If the Lawsuit is settled or adjudicated and results in consideration being received by any of the Parties or their assignees, the Parties agree to divide and distribute the first US$25,000,000 of the Gross Amounts Recovered as follows within 10 days of receipt:

First, to payment of all attorneys' fees, including contingency fees and expenses in the Lawsuit incurred after the Closing:

Second, 50 percent of the remaining proceeds of the first US$25,000,000 Gross Amount Recovered to GDC, and 50 percent to the Sellers.

2

4835-3390-3650.1

Any Gross Amount Recovered in excess of US$25,000,000 will be property of the Sellers to be allocated between them as the Sellers may direct.

## ARTICLE 3

## RELEASES

### Section 3.01   Mutual Releases

**Releases by GDC.**  GDC hereby releases all claims, including unknown claims, it may have against the Sellers, their affiliates, parents, shareholders, partners, directors, officers, professionals and employees.  This release includes all claims that GDC may have, now or in the future, under that certain Mining Contract dated August 5, 2010 and all addenda thereto, and the Royalty Agreement and all addenda thereto (collectively, the "*Mining Contract*").  Further, the Mining Contract is cancelled as of the Closing and none of the Parties will have any further obligation under the Mining Contract.

**Releases by Sellers.**  Sellers hereby release all claims, including unknown claims they may have against GDC, its affiliates, wholly owned subsidiaries, shareholders, partners, directors, officers, professionals and employees.  This release includes all claims that the Sellers may have, now or in the future, under the Mining Contract.

The releases described in this section apply with the same force and effect in Utah and any other applicable jurisdiction.

## ARTICLE 4

## CLOSING AND POST-CLOSING

### Section 4.01   Closing

The closing of the purchase and sale of the Assets (the "*Closing*") will take place on or before _____, 2015, at Southern Utah Title Company, 20 North Main Street #300, St. George, UT 84770, unless another date or place is agreed to in writing by the parties hereto.

### Section 4.02   Closing Deliveries

(a)   *Sellers' Deliverables.*

The Sellers shall deliver the following at or prior to the Closing:

(i)   Such certificates, executed by officers of the Sellers, as GDC may reasonably request.

(ii)   Consents executed by all necessary parties to permit GDC to assume the Sellers' interest in any contracts acquired among the Assets or Assumed Liabilities.

3

4835-3390-3650 1

(iii)   Such documents as may be required to convey all of the Sellers' right, title, and interest in all personal property included in the Assets, which the Sellers will deliver to the Title Company prior to Closing.

(iv)   Such other documents, instruments or certificates as shall be reasonably requested by GDC or its counsel.

(v)   All deeds and other documents necessary to transfer the Sellers' real property to GDC, which the Sellers will execute and deliver to the Title Company prior to Closing.

*(b)*   ***GDC's Deliverables.***

GDC shall deliver to the Sellers at or prior to the Closing the following:

(i)   Such documents, instruments or certificates as shall be reasonably requested by Sellers or their counsel.

(ii)   The executed Conboy Note, attached as Exhibit A to Schedule 1.02 of this Agreement, which GDC will deliver to the Title Company prior to Closing.

(iii)   Instructions directing the Title Company to disburse funds in accordance with Section 4.03 below (the "***Escrow Release Instructions***").

**Section 4.03   Escrow Procedure**

Upon execution of this Agreement, GDC will deliver the Purchase Price to the Title Company.   The Sellers will deliver to the Title Company a schedule of claims to be satisfied out of the escrow account on Closing.   The Title Company will perform sufficient diligence to enable it to issue a title insurance policy satisfactory to GDC.   GDC will pay the fees charged by the Title Company and the premium for the title insurance policy prior to Closing.

At Closing and upon receipt by the Title Company of the Escrow Release Instructions, the Title Company will distribute the funds in escrow as follows:

First, in satisfaction of all secured obligations designated by the Sellers;

Second. in satisfaction of all other obligations designated by the Sellers to be paid from the escrow account:

Third. the balance of the Purchase Price will be paid to the Sellers as the Sellers may direct.

Upon satisfaction of all liens of record, the Title Company will deliver the title insurance policy to GDC.   The Title Company will record all real property deeds and deliver them to GDC.   The Title Company will deliver the Conboy Note to the Sellers.   The Title Company will deliver all other Closing documents in its possession as appropriate and close the escrow.

4

## ARTICLE 5

## MISCELLANEOUS PROVISIONS

### Section 5.01   Termination

This Agreement may be terminated at any time prior to the Closing only by mutual written consent of GDC and the Sellers.

### Section 5.02   Amendment

This Agreement may not be amended except by an instrument in writing signed on behalf of all of the Parties hereto.

### Section 5.03   Governing Law

This Agreement shall be governed in all respects, including validity, interpretation and effect, by the internal laws of the State of Utah, and the Parties agree to jurisdiction of the courts of Iron County of the State of Utah to resolve any disputes.

### Section 5.04   Confidentiality

The Parties agree that without prior consent of the other party they shall not disclose the contents of this Agreement to any third party, except that any Party may make any such disclosure (a) if required to do so by any law, court, or regulation, including public disclosure laws applicable to the Sellers or the Sellers' shareholders; (b) to any banking, regulatory, or examining authority, (c) if its attorneys advise it that is has a legal obligation to do so or that failure to do so may result in it incurring a liability to another entity, or (d) to its professional advisors and auditors.

### Section 5.05   Attorney Fees and Costs

In any litigation, mediation, arbitration, or other legal or equitable proceeding by which any Party either seeks to enforce its rights under this Agreement or seeks a declaration of any rights or obligations under this Agreement, the prevailing Party shall be awarded its actual attorney fees, costs, and expenses incurred.

### Section 5.06   Time of the Essence

Time is of the essence in respect to all provisions of this Agreement that specify a time for performance.

### Section 5.07   Further Cooperation/Counterparts

From time to time after the Closing, the Sellers at GDC's request and without further consideration, agree to execute and deliver or to cause to be executed and delivered such other instruments of transfer as GDC may reasonably request to transfer to GDC more effectively the right, title and interest in or to the Assets and to take or cause to be taken such further or other

5

4835-3390-3650.1

Case 4:19-cv-00060-DN 1   Document 7/18 Filed 08/15/19   PageID.62   Page 25 of 78

action as may reasonably be necessary or appropriate in order to effectuate the transactions contemplated by this Agreement.

The Parties agree that they may execute this Agreement in one or more counterparts, all of which shall be considered one and the same Agreement and shall become effective when one or more counterparts have been signed by each of the Parties and delivered to the other Parties. it being understood that all Parties need not sign the same counterpart.

### Section 5.08   Integration

The Parties hereby acknowledge that this Agreement contains all the terms and conditions agreed upon by the Parties hereto with reference to the subject matter of this Agreement. No other agreements, oral or otherwise, shall be deemed to exist or to bind either of the Parties with respect thereto. No representative or agent of any Party hereto had or has any authority to make any representation or promise not otherwise contained in this Agreement and each of the Parties hereto acknowledge that it has not executed this Agreement in reliance upon such representation or promise.

*[The remainder of this page is intentionally left blank]*

4835-3390-3650 1

## SIGNATURE PAGE

IN WITNESS WHEREOF, GDC and the Sellers have executed this Agreement as of the date first written above.

CML METALS CORPORATION

By: _____

Michael Conboy

Its:    Chairman

CML HOLDINGS INCORPORATED

By: _____

Its:    Chairman

GILBERT DEVELOPMENT CORPORATION

By: _____

Steve L. Gilbert

Its:    President

April 2-2015

7

# SCHEDULE 1.01(a)

### List of the Assets

A.   **Mineral Claims** as listed on Exhibit A hereto and incorporated by reference

B.   **Mineral Properties** listed on Map attached as Exhibit B hereto and incorporated by reference

C.   **Buildings and Equipment** and other personal property and fixtures as listed on the CML Depreciation Schedule attached as Exhibit C hereto

D.   **Reports** including any drilling logs, data base, test results, engineering results and reports, appraisals and other reports related to the Assets

E.   **The Lawsuit** *National Union Fire Insurance Company of Pittsburgh, PA. v. CML Metals Corporation, et. al.*, Civil No. 2:12-cv-00934, provided, however, that the Gross Amount Recovered in the lawsuit shall be distributed as provided in ARTICLE 2 of the Agreement

F.   **Water Rights** listed on Exhibit D hereto

4835-3390-3650 1

# EXHIBIT A

### to Schedule 1.01(a)

### Mineral Claims

## Schedule 1.01
## Mortgaged Properties

### Patented Mining Claims

| Mining Claim Name | Mineral Survey Number | Parcel Number | Township | Range | Section | Acres |
|---|---|---|---|---|---|---|
| Arthur | 7223 | SA-E-4020-1 | 35S | 13W | 35 | 1.935 |
| Black Dwarf | 4701 | SA-E-4042 | 36S | 13W | 25, 30 | 13.139 |
| Black Hawk Fraction | 7144 | SA-E-4000 | 37S | 13W | 29, 30 | 0.173 |
| Black Hawk Fraction | 7249 | SA-E-4025 | 36S | 13W | 29, 30 | 11.077 |
| Black Iron No. 2 | 7249 | SA-E-4025 | 36S | 13W | 30 | 18.486 |
| Black Magnetic | 54 | SA-E-4023 | 36S | 13W | 30 | 20.661 |
| Black Prince | 5053 | SA-E-4050 | 36S | 13W | 30 | 19.717 |
| Blackhawk | 4299 | SA-E-4005 | 36S | 14W | 2, 35 | 18.966 |
| Blowout | 44 | SA-E-4044 | 37S | 14W | 1, 2 | 20.661 |
| Blue Bird | 4996 | SA-E-4055 | 36S | 13W | 30 | 20.15 |
| Blue Jay | 4977 | SA-E-4018 | 36S | 13W | 19 | 17.55 |
| Boston | 4435 | SA-E-4044 | 37S | 14W | 1 | 19.624 |
| Brown | 5041 | SA-E-4023 | 36S | 13W | 30 | 7.041 |
| Buckeye | 4433 | SA-E-4044 | 37S | 14W | 2 | 13.208 |
| Burke No. 2 | 57 | SA-E-4010 | 36S | 14W | 35 | 20.63 |
| Burke No. 3 | 58 | SA-E-4010 | 36S | 14W | 35 | 18.09 |
| Burke No. 5 | 59 | SA-E-4011 | 37S | 13W | 2 | 20.66 |
| Burton | 5041 | SA-E-4054 | 36S | 13W | 30 | 17.513 |
| Chesapeak | 5040 | SA-E-4057 | 36S | 14W | 25 | 19.885 |
| Columbia | 4711 | SA-E-4047 | 37S | 14W | 2, 3 | 11.453 |
| Comstock | 4434 | SA-E-4045 | 36S | 13W | 30 | 20.478 |
| Cook Fraction | 7142 | SA-E-4000 | 37S | 14W | 2 | 0.278 |
| Copper Fraction | 4701 | SA-E-4042 | 36S | 13W | 30 | 17.359 |
| Cracker Jack | 6777 | SA-E-4015 | 35S | 12W | 19, 29, 30 | 12.259 |
| Crystal | 4351 | SA-E-4002 | 36S | 13W | 31, 36 | 20.658 |
| Cyclone | 4310 | SA-E-4002 | 36S | 13W | 31 | 20.66 |
| Darkey | 4699 | SA-E-4048 | 36S | 13W | 31 | 19.589 |
| Dear | 4298 | SA-E-4001 | 36S | 13W | 30 | 20.661 |
| Defender | 5053 | SA-E-4050 | 36S | 13W | 30 | 19.166 |
| Dempsey Fraction | 6815 | SA-E-4013 | 35S | 12W | 29 | 0 |
| Desert Mound | 38 | SA-E-4059 | 36S | 13W | 1, 2, 35, 36 | 19.739 |
| Dexter No. 1 | 4346 | SA-E-4003 | 36S | 14W | 25 | 8.574 |
| Dickman | 5003 | SA-E-4053 | 36S | 13W | 30 | 13.154 |
| Duluth | 4267 | SA-E-4004 | 36S | 14W | 25, 36 | 20.66 |
| Duluth No. 1 | 4267 | SA-E-4004 | 36S | 14W | 36 | 20.658 |
| Duluth No. 2 | 4335 | SA-E-4004 | 36S | 14W | 36 | 20.659 |
| Duluth No. 5 | 4368 | SA-E-4004 | 36S | 14W | 25, 36 | 20.66 |
| Duluth No. 6 | 4368 | SA-E-4004 | 36S | 14W | 36 | 20.658 |
| Duncan No. 1 | 37 | SA-E-4049 | 37S | 14W | 3, 34 | 20.661 |
| Early Lode | 5003 | SA-E-4053 | 36S | 13W | 30 | 20.338 |
| Emma | 4434 | SA-E-4045 | 36S | 13W | 25, 30 | 19.999 |
| Emma No. 1 | 4907 | SA-E-4051 | 36S | 14W | 25 | 18.464 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Enterprise | 4312 | SA-E-4001 | 36S | 13W | 19, 24 | 20.661 |
| Excellsior | 46 | SA-E-4057 | 36S | 14W | 25 | 20.661 |
| Gem No. 2 | 7224 | SA-E-4020 | 35S | 13W | 35 | 0.53 |
| Grand Iron No. 1 | 7240 | SA-E-4085 | 36S | 13W | 30 | 15.779 |
| Highest | 4343 | SA-E-4003 | 36S | 14W | 25 | 7.901 |
| Homestake Mine | 4977 | SA-E-4018 | 36S | 13W | 19 | 17.14 |
| Horse Trail | 5053 | SA-E-4050 | 36S | 13W | 30, 31 | 19.017 |
| Hurricane | 4344 | SA-E-4002 | 36S | 13W | 31 | 10.134 |
| Independence Iron No. 2 Placer | Lot 6, 7 | SA-E-4027 | 36S | 13W | 19 | 79.68 |
| Iron Bell No. 1 | 7241 | SA-E-4085 | 36S | 13W | 30 | 18.913 |
| Iron Duke | 4698 | SA-E-4044 | 37S | 14W | 1, 2 | 20.28 |
| Iron Sandstone #1 | 7225 | SA-E-4021 | 36S | 14W | 34 | 12.262 |
| Iron Sandstone #2 | 7225 | SA-E-4021 | 36S | 14W | 34, 27 | 18.385 |
| Iron Sandstone #3 | 7225 | SA-E-4021 | 36S | 14W | 34 | 13.847 |
| Iron Sandstone Fraction | 7225 | SA-E-4021 | 36S | 14W | 34 | . 0.219 |
| Iron Sandstone Mine | 7225 | SA-E-4021 | 36S | 14W | 34 | 13.558 |
| Iron Wedge | 5003 | SA-E-4053 | 36S | 13W | 30 | 0.859 |
| Iron Wedge Lode | 6088 | SA-E-4012 | 35S | 12W | 30 | 0.9 |
| Last Chance | 4978 | SA-E-4023 | 36S | 13W | 30 | 18.36 |
| Last Chance No. 2 | 4700 | SA-E-4047 | 37S | 14W | 2 | 7.588 |
| Lerch | 4311 | SA-E-4003 | 36S | 13W | 24, 25 | 20.661 |
| Little Chief | 4696 | SA-E-4046 | 36S | 14W | 35 | 4.081 |
| Little Mormon | 52 | SA-E-4022 | 35S | 12W | 29 | 19.11 |
| Long Wedge Lode | 7218 | SA-E-4022 | 36S | 14W | 35 | 4.655 |
| Lookout | 5003 | SA-E-4053 | 36S | 13W | 30 | 160 |
| M & H | 7203 | SA-E-4019-1 | 35S | 13W | 35, 2 | 14.214 |
| M & H #1 | 7203 | SA-E-4019-0001-0000 | 35 S | 13 W | 35 | 10.553 |
| M & H #2 | 7203 | SA-E-4019-0001-0000 | 35 S | 13 W | 35 | 14.735 |
| M.S.&L. No. 1 | 7219 | SA-E-4021 | 36S | 14W | 35 | 8.986 |
| M.S.&L. No. 2 | 7219 | SA-E-4021 | 36S | 14W | 34, 35 | 8.985 |
| M.S.&L. No. 3 | 7219 | SA-E-4021 | 36S | 14W | 35 | 8.986 |
| Magpie | 4979 | SA-E-4049 | 37S | 14W | 3, 34 | 20.652 |
| Mccahill No. 3 Placer | NW 1/4 | SA-E-4523 | 36S | 14W | 26 | 160 |
| Milner | 4309 | SA-E-4008 | 36S | 14W | 26, 27, 34 | 20.661 |
| Monday No. 1 Placer | NW 1/4 | SA-E-4523 | 36S | 14W | 27 | 160 |
| Monday No. 2 Placer | | SA-E-4523 | 36S | 14W | 27 | 140 |
| Mountain Lion No. 1 | 4266 | SA-E-4001 | 36S | 13W | 19, 30 | 20.66 |
| Mountain Lion No. 2 | 4266 | SA-E-4001 | 36S | 13W | 19, 30 | 20.661 |
| Mountain Lion No. 3 | 4266 | SA-E-4001 | 36S | 13W | 19, 30 | 20.661 |
| Mountian Lion No. 4 | 4429 | SA-E-4001 | 36S | 13W | 19 | 20.66 |
| N.J. Placer | | SA-E-4523 | 36S | 14W | 26 | 158.22 |
| Negro | 5053 | SA-E-4050 | 36S | 13W | 30 | 20.661 |
| Nepoleon | 4713 | SA-E-4044 | 37S | 14W | 2 | 18.366 |
| Nepoleon Fraction | 7143 | SA-E-4000 | 37S | 14W | 2 | 2.187 |
| Oak Spring | 5053 | SA-E-4050 | 36S | 13W | 30, 31 | 20.507 |

70450899.1 0042755-00002

| Oregon | 6815 | SA-E-4013 | 35S | 12W | 29 | 11.661 |
|---|---|---|---|---|---|---|
| Pine Nut | 5053 | SA-E-4050 | 36S | 13W | 30, 31 | 20.657 |
| Pinto Mine | 4299 | SA-E-4010 | 36S | 14W | 35, 2 | 20.324 |
| Pinto Mine No. 1 | 4299 | SA-E-4005 | 36S | 14W | 35, 2 | 20.661 |
| Pinto Mine No. 10 | 4369 | SA-E-4007 | 37S | 14W | 2, 3 | 20.661 |
| Pinto Mine No 11 | 4369 | SA-E-4007 | 37S | 14W | 2 | 15 857 |
| Pinto Mine No. 12 | 4369 | SA-E-4007 | 37S | 14W | 2 | 18.898 |
| Pinto Mine No. 13 | 4369 | SA-E-4007 | 37S | 14W | 2, 3 | 15.434 |
| Pinto Mine No. 14 | 4369 | SA-E-4007 | 37S | 14W | 2, 3 | 16.65 |
| Pinto Mine No. 15 | 4342 | SA-E-4007 | 37S | 14W | 2, 35 | 8.901 |
| Pinto Mine No. 16 | 4369 | SA-E-4007 | 37S | 14W | 2 | 18 24 |
| Pinto Mine No. 17 | 4369 | SA-E-4007 | 37S | 14W | 2 | 20.653 |
| Pinto Mine No. 18 | 4369 | SA-E-4007 | 37S | 14W | 2 | 20.653 |
| Pinto Mine No. 19 | 4369 | SA-E-4007 | 37S | 14W | 2, 3 | 16.796 |
| Pinto Mine No. 2 | 4299 | SA-E-4005 | 36S | 14W | 35, 36 | 20.659 |
| Pinto Mine No. 20 | 4369 | SA-E-4007 | 37S | 14W | 3 | 16.796 |
| Pinto Mine No. 21 | 4369 | SA-E-4007 | 37S | 14W | 3 | 20.66 |
| Pinto Mine No. 22 | 4399 | SA-E-4007 | 37S | 14W | 35 | 1.461 |
| Pinto Mine No. 25 | 7200 | SA-E-4009 | 36S | 14W | 35 | 13.762 |
| Pinto Mine No. 3 | 4299 | SA-E-4005 | 36S | 14W | 35 | 20.659 |
| Pinto Mine No. 4 | 4299 | SA-E-4005 | 36S | 14W | 35, 2 | 17.715 |
| Pinto Mine No. 5 | 4299 | SA-E-4003 | 36S | 14W | 35 | 16.723 |
| Pinto Mine No. 6 | 4299 | SA-E-4005 | 36S | 14W | 35 | 20.404 |
| Pinto Mine No. 7 | 4336 | SA-E-4006 | 37S | 14W | 2 | 12.433 |
| Pinto Mine No. 8 | 4336 | SA-E-4006 | 37S | 14W | 2 | 11.343 |
| Pinto Mine No. 9 | 4336 | SA-E-4006 | 37S | 14W | 2 | 11.32 |
| Pioche | 51 | SA-E-4019 | 35S | 12W | 29, 30 | 20.61 |
| Pirate Prince | 4747 | SA-E-4049 | 37S | 14W | 3, 34 | 20.658 |
| Piute | 4701 | SA-E-4042 | 36S | 14W | 25, 30 | 20.029 |
| Plant Site | XX | SA-E-4512 | 36S | 13W | 32 | 80 |
| Pot Metal | 49 | SA-E-4048 | 36S | 13W | 31 | 20.661 |
| Queen of the West No. 2 | 4770 | SA-E-4052 | 36S | 13W | 30 | 20.661 |
| Rains Fraction | 6837 | SA-E-4015 | 35S | 12W | 19, 29, 30 | 5.414 |
| Rains No. 1 | 6777 | SA-E-4015 | 35S | 12W | 19 | 19.811 |
| Red Cloud | 60 | SA-E-4010 | 36S | 14W | 35, 2 | 20.21 |
| Reporter | 4697 | SA-E-4043 | 36S | 14W | 36 | 20.642 |
| Rex No. 1 | 4370 | SA-E-4008 | 36S | 14W | 27, 34 | 20.658 |
| Rex No. 2 | 4345 | SA-E-4008 | 36S | 14W | 27, 34 | 20.661 |
| Rex No. 3 | 4370 | SA-E-4008 | 36S | 14W | 34 | 20.661 |
| Rex No. 4 | 4370 | SA-E-4008 | 36S | 14W | 27, 34 | 20.661 |
| Rex No. 5 | 4370 | SA-E-4008 | 36S | 14W | 27, 34 | 20.661 |
| Rex No. 6 | 4370 | SA-E-4008 | 36S | 14W | 27 | 20.66 |
| Rex No. 7 | 4370 | SA-E-4008 | 36S | 14W | 27 | 20.66 |
| Rex No. 8 | 4402 | SA-E-4009 | 36S | 14W | 27, 34 | 20.659 |
| Rex No. 9 | 7339 | SA-E-4022 | 36S | 14W | 27 | 4.381 |
| Rodger No. 1 | 7220 | SA-E-4021 | 36S | 14W | 26, 35 | 20.661 |
| Rodger No. 2 | 7220 | SA-E-4021 | 36S | 14W | 26, 35 | 20.661 |
| Rodger No. 3 | 7220 | SA-E-4021 | 36S | 14W | 26, 35 | 20.661 |

70450899 1 0042755-00002

| | | | | | | |
|---|---|---|---|---|---|---|
| Ross | 6777 | SA-E-4015 | 35S | 12W | 19 | 14.429 |
| Silverite | 4977 | SA-E-4018 | 36S | 13W | 19 | 18.12 |
| Sparta | 4310 | SA-E-4002 | 36S | 13W | 31 | 16.237 |
| Speckled Trout | 4986 | SA-E-4018 | 36S | 13W | 19 | 18.285 |
| Strip | 4701 | SA-E-4042 | 36S | 13W | 30 | 11.097 |
| Sun Beam | 4434 | SA-E-4045 | 36S | 13W | 30 | 19.49 |
| Sunbeam No. 7 | 7205 | SA-E-4012 | 36S | 14W | 35 | 14.318 |
| Sunbeam No. 8 | 7201 | SA-E-4022 | 36S | 14W | 34 | 0.349 |
| Tarantula | 4908 | SA-E-4059 | 36S | 13W | 2 | 14.924 |
| Tip Top Lode | 56 | SA-E-4024 | 36S | 14W | 25 | 18.62 |
| Treasure Box | 4713 | SA-E-4044 | 36S | 14W | 2, 35 | 17.067 |
| U.C. Placer No. 12 | Lot 8 | SA-E-4028 | 36S | 13W | 30 | 5.3 |
| U.C. Placer No. 13 and 14 | Lot 12 | SA-E-4028 | 36S | 13W | 30 | 24.83 |
| Vermillion | 50 | SA-E-4019 | 35S | 12W | 30 | 14.98 |
| Wedge | 4712 | SA-E-4048 | 36S | 13W | 31 | 15.746 |
| Wellington | 4701 | SA-E-4042 | 36S | 13W | 30 | 19.314 |
| Wellington No. 1 | 4906 | SA-E-4052 | 36S | 13W | 30 | 17.515 |
| Wightman | 5041 | SA-E-4054 | 36S | 13W | 30 | 10.596 |
| Yellow Jacket | 4977 | SA-E-4018 | 36S | 13W | 19, 30 | 20.557 |

**Fee-Owned Land**

| Legal Description | Section | Township | Range | Parcel Number | Acres |
|---|---|---|---|---|---|
| Lots 1 & 2, E1/2 of NW1/4 | 7 | 35S | 15W | SA-E-4516 | 159 |
| Parcel 31311 (see below) | 4 | 36S | 15W | SA-E-4517 | 108.41 |
| Parcel 31312 (see below) | 4 | 36S | 15W | SA-E-4518 | 68.591 |
| Parcel 31313 (see below) | 4 | 36S | 15W | SA-E-4519 | 3.124 |
| Parcel 31313 (see below) | 4 | 36S | 15W | SA-E-4519 | 146.866 |
| Parcel 31314 (see below) | 3, 33 | 35S | 15W | SA-E-4520 | 31.988 |
| Lot 5 | 1 | 35S | 13W | SA-E-4510 | 22.72 |
| Lots 14, 15, 16, 17 | 35 | 36S | 14W | SA-E-4511 | 79.62 |
| Lots 5, 6, 7, 8, 9 | 35 | 36S | 14W | SA-E-4508 | 80.34 |
| S 1/2 of SE 1/4 | 21 | 36 S | 14W | E-0836-0003-0000. | 87.31 |
| S 1/2 of SW 1/4 | 22 | 36 S | 14W | E-0836-0003-0000. | 81.95 |
| SE ¼ of SE ¼ of NW ¼ ; and the N ½ of SW 1/4 | 35 | 35S | 13W | E 0631-0000-0000 | 90 |

Parcel 31311 (Legal Description) - Beginning at a point on the south boundary of said Section 4, from which the southeast corner of said Section 4 bears N. 89o 26' 49" E. 1,828.60 feet, said point being at the intersection of an existing fence along the easterly boundary of CML Metal Corp's property; running thence along said southerly boundary of Section 4, S. 89o 26' 49" W. 1,370.90 feet; thence N. 00o 03' 09" W. 1,514.33 feet; thence S. 89o 26' 30" W. 1,211.91 feet; thence N. 00o 05' 28" E. 2,428.44 feet. thence S. 89o 52' 54" E. 2,604.43 feet; thence S. 00o 21' 16" W 3,912.42 feet to the point of beginning.

Parcel 31312 (Legal Description) - Beginning at the northeast corner of said Section 4; thence S. 00o 12' 02" E. 1,694.59 feet along the east boundary line of said Section 4; thence N. 89o 50' 22" W. 1,774.22 feet; thence N. 00o 20' 00" E. 1,688.51 feet to a point on the north boundary line of said Section 4; thence N. 89o 57' 48" E. along said boundary line 1,758.46 feet to the point of beginning.

Parcel 31313 (Legal Description)(two parcels) - Also beginning at a point on the north boundary line of said Section 4, from which the northeast corner of said Section 4 bears N. 89o 57' 48" E. 1,808.46 feet; thence S. 00o 20' 00" W. 1,663.58 feet; thence N. 89o 52' 54" W. 2,840.90 feet; thence N. 00o 01' 45" E. 1,655.84 feet, to a point on the north boundary line of said Section 4; thence N. 89o 57' 48" E. along said boundary line 2,849.72 feet to the point of beginning.

Parcel 31314 (Legal Description) - Also beginning at a point from which the southeast corner of said Section 33 bears N. 89o 57' 48" E. 850.10 feet (which beginning point is also the northeast corner of said Section 4); thence S. 89o 57' 48" W. along the south boundary line of said Section 33 1,758.46 feet; thence N. 00o 20' 00" E. 794.65 feet; thence N. 89o 58' 09" E. 1,750.03 feet; thence S. 00o 16' 28" E. 794.46 feet to the point of beginning.

70450899 1 0042755-00002

## Patented Mining Claims (Partial Ownership)

| Claim Name | % CML Owned | Survey Number | Parcel Number | Township | Range | Section | Acres |
|---|---|---|---|---|---|---|---|
| Archie | 52.2 | 4892 | SA-E-4387 | 37s | 14w | 2 | 1.515 |
| Calumet | 52.2 | 4895 | SA-E-4486 | 37s | 14w | 3 | 20.629 |
| CalumetNo.1 | 52.2 | 4895 | SA-E-4486 | 37s | 14w | 3 | 20.629 |
| Friendship Tip | 5 | 5038 | SA-E-4072 | 36s | 14w | 27 | 14.751 |
| Glum B | 37.6 | 4891 | SA-E-4399 | 36s | 14w | 35, 36 | 10.991 |
| Glum B #1 | 37.6 | 4891 | SA-E-4399 | 36s | 14w | 36 | 18.48 |
| Glum B #2 | 37.6 | 4891 | SA-E-4399 | 36s | 14w | 36 | 20.659 |
| Independence Iron #1 | 16.66 | N/A | SA-E-4041 | 36s | 13w | 19 | 80 |
| Iron Clad | 52.2 | 4894 | SA-E-4485 | 36s | 14w | 34 | 20.661 |
| Iron Clad #1 | 52.2 | 4894 | SA-E-4485 | 36s | 14w | 34 | 20.658 |
| Iron Hill No. 1 | 50 | 7215 | SA-E-4160 | 36s | 13W | 31 | 5.608 |
| Lime Cap #1 | 50 | 7213 | SA-E-4014 | 36s | 14w | 34 & 35 | 20.5 |
| Lime Cap #2 | 50 | 7213 | SA-E-4014 | 36s | 14w | | 21.2 |
| Lime Cap #3 | 50 | 7213 | SA-E-4014 | 36s | 14w | | 21.47 |
| Lime Cap #4 | 50 | 7213 | SA-E-4014 | 36s | 14w | | 14.95 |
| Lime Cap Fraction | 50 | 7216 | SA-E-4014 | 36s | 14w | | 1.75 |
| Lost Iron Mine | 37.6 | 4893 | SA-E-4440 | 36s | 14w | 34 | 12.39 |
| Lost Iron Mine #1 | 37.6 | 4893 | SA-E-4440 | 36s | 14w | 34 | 19.15 |
| Pinto Horsefraction | 52.2 | 4897 | SA-E-4387 | 37s | 14w | 2 | 12.266 |
| Stanley | 52.2 | 4896 | SA-E-4387 | 37s | 14w | 2 | 18.965 |
| Stanley #1 | 52.2 | 4896 | SA-E-4387 | 37s | 14w | 2 | 17.003 |
| Stanley #2 | 52.2 | 4896 | SA-E-4387 | 37s | 14w | 2,3 | 20.661 |
| Stanley #3 | 52.2 | 4928 | SA-E-4486 | 37s | 14w | 2,3 | 5.828 |
| Viola #2 | 17.5 | 5039 | SA-E-4071 | 36s | 14w | 27 & 26 | 20.43 |

70450899.1 0042755-00002

**Unpatented Placer Claims**

| Claim Name | UMC Number | Township | Range | Section |
|---|---|---|---|---|
| S.U.O.P Placer #1- #2 | 78466-78467 | 36S | 14W | 28 |
| S.U.O.P  #3 | 78468 | 36S | 14W | 28 |
| S.U.O.P Placer #4- #5 | 78469-78470 | 36S | 14W | 28 |
| S.U.O.P Placer #24- #25 | 78471-78472 | 36S | 14W | 22 |
| S.U.O.P #26 Placer | 78473 | 36S | 14W | 22 |
| S.U.O.P Placer #27- #35 | 78474-78482 | 36S | 14W | 21, 22 |
| Mary Jean | 78485 | 36S | 14W | 34 |
| Joyce | 78486 | 36S | 14W | 35 |
| S.U.O.P Placer #36- #48 | 117039-117051 | 36S | 14W | 26, 27, 34, 35 |
| S.U.O.P Placer #65- #66 | 117056-117057 | 36S | 14W | 34 |
| S.U.O.P #19- #21 | 144324-144326 | 36S | 14W | 34 |
| S.U.O.P Placer #22- #23 | 144327-144328 | 36S | 13W | 19 |
| S.U.O.P Placer #56- #61 | 144329-144334 | 36S | 13W | 19 |
| S.U.O.P Placer #64 | 144335 | 36S | 14W | 34 |
| S.U.O.P Placer #11- #14 | 323620-323623 | 36S | 14W | 25 |
| S.U.O.P Placer #16- #18 | 323624-323626 | 36S | 14W | 25 |
| PAL #1- #38 | 385810-385847 | 36, 37S | 13W | 6, 30, 31 |
| PAL #40- #56 | 385849-385865 | 36S | 13, 14W | 19, 24, 25, 30 |

70450899.1 0042755-00002

**Unpatented Lode Claims**

| Claim | UMC Number | Township | Range | Section |
|---|---|---|---|---|
| Stanley Fraction | 37748 | 37S | 14W | 3 |
| Blowout Lode No. 2-No. 3 | 37749-37750 | 37S | 14W | 1 |
| Iron Age #1 | 37751 | 36S | 13W | 30 |
| Chesapeak No. 3 | 37752 | 36S | 14W | 25 |
| Napoleon No. 2 – No. 3 | 37753-37754 | 37S | 14W | 1, 2 |
| Queen of the West No. 3 | 37756 | 36S | 13W | 30 |
| Iron Duke No.2 | 37757 | 37S | 14W | 1, 2 |
| Jeep Fraction | 58362 | 36S | 13W | 19 |
| Jeep No. 2 –No. 7 | 58363-58368 | 36S | 13W | 19 |
| Jeep | 78483 | 36S | 13W | 19 |
| Jeep No. 1 | 78484 | 36S | 13W | 19 |
| Raven | 78487 | 36S | 14W | 34 |
| Raven Fraction | 78488 | 36S | 14W | 35 |
| Black Iron No. 3 – No. 4 | 79898-79899 | 36S | 13W | 29, 30 |
| Black Iron No. 6 – No. 7 | 79900-79901 | 36S | 13W | 30 |
| Black Iron Fraction No. 5 | 79902 | 36S | 13W | 29, 30 |
| Tiger No. 1 –No. 3 | 79916-79918 | 36S | 13W | 19, 30 |
| IMC 1 - 13 | 559018-559030 | 36S | 14W | 25, 26 |
| IMC 16-19 | 580572-580575 | 36S | 14W | 22, 23, 24, 27 |
| IMC 34-43 | 580590-580599 | | | |
| IMC 45 | 580601 | | | |
| IMC 47 | 580603 | | | |
| IMC 49-124 | 580605-580680 | | | |
| JCUT 1-7 | | 36S | 13W | 19, 30 |
| JCUT Fraction | | 36S | 14W | 35 |

70450899.1 0042755-00002

## SITLA Minerals Leases

| Mineral Lease Number | Section | Township | Range | Acres | Annual Rent |
|---|---|---|---|---|---|
| ML 51572 | 2, 16 | 36S | 14, 15W | 1,184.14 | $1,185 |
| ML 51575-OBA | 36 | 36S | 14W | 415.89 | $2,080 |

70450899.1 0042755-00002

# EXHIBIT B

## to Schedule 1.01(a)

### Mineral Properties Map



# EXHIBIT C

### to Schedule 1.01(a)

**CML Depreciation Schedule**

4835-3390-3650 1

20-2625609
03/01/2014 - 02/28/2015

Sorted: General - tax link

[CML]
Depreciation Expense
Financial
03/01/2014 - 09/30/2014

11/5/2014
8:47:40 AM

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Depr #1 - Other Depreciation** | | | | | | | | | | | | |
| 1 | | Office | 2/28/2007 | SL / N/A | 7.0000 | 31,078.04 | 100.0000 | 0.00 | 0.00 | 31,078.04 | 0.00 | 31,078.04 |
| 2 | | Security Trailer- | 5/11/2006 | SL / N/A | 10.0000 | 10,151.64 | 100.0000 | 0.00 | 0.00 | 7,952.09 | 592.20 | 8,544.29 |
| 3 | | Well Pump | 6/2/2006 | SL / N/A | 10.0000 | 6,383.36 | 100.0000 | 0.00 | 0.00 | 4,947.14 | 372.40 | 5,319.54 |
| 5 | | Mine | 10/8/2007 | SL / N/A | 7.0000 | 25,032.55 | 100.0000 | 0.00 | 0.00 | 22,946.51 | 2,086.04 | 25,032.55 |
| 6 | | Mine Other | 11/30/2007 | SL / N/A | 10.0000 | 1,994.85 | 100.0000 | 0.00 | 0.00 | 1,246.81 | 116.34 | 1,363.15 |
| 7 | | Computer | 2/29/2008 | SL / N/A | 5.0000 | 8,001.18 | 100.0000 | 0.00 | 0.00 | 8,001.18 | 0.00 | 8,001.18 |
| 8 | | Office | 5/31/2008 | SL / N/A | 7.0000 | 3,508.86 | 100.0000 | 0.00 | 0.00 | 2,882.30 | 292.39 | 3,174.69 |
| 9 | | Grill | 5/31/2008 | SL / N/A | 7.0000 | 401.02 | 100.0000 | 0.00 | 0.00 | 329.42 | 33.39 | 362.81 |
| 10 | | Vulcan Software | 8/31/2008 | SL / N/A | 10.0000 | 50,276.11 | 100.0000 | 0.00 | 0.00 | 44,151.55 | 4,682.79 | 48,834.65 |
| 11 | | Radios Mine | 8/31/2008 | SL / N/A | 10.0000 | 3,393.38 | 100.0000 | 0.00 | 0.00 | 1,866.37 | 197.96 | 2,064.33 |
| 14 | | Office | 8/31/2008 | SL / N/A | 7.0000 | 12,692.97 | 100.0000 | 0.00 | 0.00 | 9,973.04 | 1,057.77 | 11,030.81 |
| 15 | | Office Scanner | 8/31/2008 | SL / N/A | 10.0000 | 1,532.16 | 100.0000 | 0.00 | 0.00 | 842.71 | 89.39 | 932.10 |
| 16 | | Office Furniture | 8/31/2008 | SL / N/A | 10.0000 | 389.79 | 100.0000 | 0.00 | 0.00 | 214.39 | 22.75 | 237.14 |
| 17 | | Cedar City DH | 8/31/2008 | SL / N/A | 10.0000 | 8,733.48 | 100.0000 | 0.00 | 0.00 | 4,803.43 | 509.46 | 5,312.89 |
| 18 | | Mine Office DH | 8/31/2008 | SL / N/A | 40.0000 | 214,106.00 | 100.0000 | 0.00 | 0.00 | 29,439.58 | 3,122.35 | 32,561.93 |
| 19 | | Rail Scale-Mine | 11/30/2008 | SL / N/A | 10.0000 | 104,435.00 | 100.0000 | 0.00 | 0.00 | 54,828.38 | 6,092.03 | 60,920.41 |
| 20 | | Survey | 11/30/2008 | SL / N/A | 10.0000 | 33,540.00 | 100.0000 | 0.00 | 0.00 | 17,608.50 | 1,956.50 | 19,565.00 |
| 21 | | Hand Held GPS | 11/30/2008 | SL / N/A | 10.0000 | 48,385.00 | 100.0000 | 0.00 | 0.00 | 25,402.13 | 2,822.47 | 28,224.60 |
| 22 | | Computers | 11/30/2008 | SL / N/A | 7.0000 | 52,722.61 | 100.0000 | 0.00 | 0.00 | 39,541.95 | 4,393.55 | 43,935.50 |
| 23 | | Refrigerator- | 11/30/2008 | SL / N/A | 10.0000 | 976.15 | 100.0000 | 0.00 | 0.00 | 512.51 | 56.98 | 569.49 |
| 24 | | SLC Office | 11/30/2008 | SL / N/A | 10.0000 | 21,929.00 | 100.0000 | 0.00 | 0.00 | 11,512.73 | 1,279.18 | 12,791.91 |
| 25 | | File-Cedar City | 11/30/2008 | SL / N/A | 10.0000 | 264.86 | 100.0000 | 0.00 | 0.00 | 139.07 | 15.47 | 154.54 |
| 26 | | Furniture - | 11/30/2008 | SL / N/A | 10.0000 | 7,312.00 | 100.0000 | 0.00 | 0.00 | 3,838.80 | 426.51 | 4,265.31 |
| 27 | | Mine-Secondary | 11/30/2008 | SL / N/A | 40.0000 | 467,788.97 | 100.0000 | 0.00 | 0.00 | 61,397.28 | 6,821.92 | 68,219.20 |
| 28 | | Sampling | 11/30/2008 | SL / N/A | 40.0000 | 343,994.00 | 100.0000 | 0.00 | 0.00 | 45,149.21 | 5,016.55 | 50,165.76 |
| 29 | | Office Software | 11/30/2008 | SL / N/A | 5.0000 | 349.99 | 100.0000 | 0.00 | 0.00 | 349.99 | 0.00 | 349.99 |
| 30 | | Substation-Mine | 11/30/2008 | SL / N/A | 40.0000 | 3,414,142.90 | 100.0000 | 0.00 | 0.00 | 448,106.24 | 49,789.60 | 497,895.84 |
| 31 | | Mine Vehicles | 1/31/2009 | SL / N/A | 10.0000 | 4,406.02 | 100.0000 | 0.00 | 0.00 | 2,239.72 | 257.04 | 2,496.76 |
| 32 | | Computers- | 1/31/2009 | SL / N/A | 7.0000 | 20,128.50 | 100.0000 | 0.00 | 0.00 | 14,617.12 | 1,677.41 | 16,294.53 |
| 33 | | Office | 1/31/2009 | SL / N/A | 7.0000 | 9,272.99 | 100.0000 | 0.00 | 0.00 | 6,733.94 | 772.73 | 7,506.67 |
| 34 | | Office | 1/31/2009 | SL / N/A | 10.0000 | 379.99 | 100.0000 | 0.00 | 0.00 | 193.17 | 22.19 | 215.36 |
| 35 | | Plotter/Scanner | 1/31/2009 | SL / N/A | 10.0000 | 5,970.12 | 100.0000 | 0.00 | 0.00 | 3,034.80 | 348.25 | 3,383.05 |
| 36 | | SLC Leasehold | 1/31/2009 | SL / N/A | 40.0000 | 6,454.00 | 100.0000 | 0.00 | 0.00 | 820.20 | 94.15 | 914.35 |
| 37 | | SLC | 1/31/2009 | SL / N/A | 40.0000 | 18,134.00 | 100.0000 | 0.00 | 0.00 | 2,304.53 | 264.46 | 2,568.99 |
| 38 | | Advanced | 1/31/2009 | SL / N/A | 5.0000 | 1,867.00 | 100.0000 | 0.00 | 0.00 | 1,867.00 | 0.00 | 1,867.00 |
| 39 | | Office Furniture | 2/23/2009 | SL / N/A | 10.0000 | 2,894.99 | 100.0000 | 0.00 | 0.00 | 1,447.50 | 168.91 | 1,616.41 |
| 40 | | Ore Sampler | 7/15/2010 | SL / N/A | 10.0000 | 11,567.00 | 100.0000 | 0.00 | 0.00 | 4,241.23 | 674.73 | 4,915.96 |
| 41 | | Mclanahan HSS | 9/1/2010 | SL / N/A | 10.0000 | 30,800.00 | 100.0000 | 0.00 | 0.00 | 10,780.00 | 1,796.69 | 12,576.69 |
| 42 | | Rail Line | 9/1/2010 | SL / N/A | 15.0000 | 2,093,916.12 | 100.0000 | 0.00 | 0.00 | 488,580.44 | 81,430.09 | 570,010.53 |
| 43 | | Rail Car Testing | 9/1/2010 | SL / N/A | 15.0000 | 22,108.09 | 100.0000 | 0.00 | 0.00 | 5,158.55 | 859.74 | 6,018.29 |
| 44 | | Rail Consulting | 9/1/2010 | SL / N/A | 15.0000 | 68,341.67 | 100.0000 | 0.00 | 0.00 | 15,946.38 | 2,657.76 | 18,604.14 |
| 45 | | Rail Line | 9/1/2010 | SL / N/A | 15.0000 | 1,208,397.81 | 100.0000 | 0.00 | 0.00 | 281,959.48 | 46,993.24 | 328,952.72 |
| 46 | | Iron Ore | 9/1/2010 | SL / N/A | 10.0000 | 76,129.00 | 100.0000 | 0.00 | 0.00 | 26,645.15 | 4,440.87 | 31,086.02 |
| 47 | | Port Consulting | 9/1/2010 | SL / N/A | 10.0000 | 72,522.35 | 100.0000 | 0.00 | 0.00 | 25,382.84 | 4,230.45 | 29,613.29 |
| 48 | | Software @ | 8/25/2010 | SL / N/A | 7.0000 | 13,743.75 | 100.0000 | 0.00 | 0.00 | 6,871.87 | 1,145.34 | 8,017.21 |
| 49 | | Office Computer | 11/30/2010 | SL / N/A | 5.0000 | 1,200.57 | 100.0000 | 0.00 | 0.00 | 780.36 | 140.07 | 920.43 |
| 50 | | Dodge 1500 | 4/15/2011 | SL / N/A | 5.0000 | 31,000.00 | 100.0000 | 0.00 | 0.00 | 18,083.33 | 3,616.69 | 21,700.02 |
| 51 | | Elmo Presenter | 2/4/2011 | SL / N/A | 5.0000 | 1,767.89 | 100.0000 | 0.00 | 0.00 | 1,090.20 | 206.29 | 1,296.49 |
| 52 | | Elmo Presenter | 2/4/2011 | SL / N/A | 5.0000 | 1,760.99 | 100.0000 | 0.00 | 0.00 | 1,085.95 | 205.45 | 1,291.40 |
| 53 | | 2ND Dodge | 7/7/2011 | SL / N/A | 5.0000 | 29,350.00 | 100.0000 | 0.00 | 0.00 | 15,653.33 | 3,424.19 | 19,077.52 |
| 54 | | Kia Sorento | 9/26/2011 | SL / N/A | 5.0000 | 35,588.50 | 100.0000 | 0.00 | 0.00 | 17,201.11 | 4,151.98 | 21,353.09 |
| 55 | | Kia Sorento | 9/26/2011 | SL / N/A | 5.0000 | 35,730.29 | 100.0000 | 0.00 | 0.00 | 17,269.65 | 4,168.57 | 21,438.22 |
| 56 | | South Well | 10/11/2011 | SL / N/A | 7.0000 | 38,901.48 | 100.0000 | 0.00 | 0.00 | 13,430.26 | 3,241.77 | 16,672.03 |
| 57 | | South Well | 10/11/2011 | SL / N/A | 20.0000 | 190,372.58 | 100.0000 | 0.00 | 0.00 | 23,003.36 | 5,552.54 | 28,555.90 |
| 58 | | Desks | 10/20/2011 | SL / N/A | 7.0000 | 34,123.00 | 100.0000 | 0.00 | 0.00 | 11,374.32 | 2,843.61 | 14,217.93 |
| 59 | | Leasehold | 11/1/2011 | SL / N/A | 40.0000 | 69,981.04 | 100.0000 | 0.00 | 0.00 | 4,082.24 | 1,020.53 | 5,102.77 |
| 60 | | Security Gate - | 2/20/2012 | SL / N/A | 5.0000 | 23,183.00 | 100.0000 | 0.00 | 0.00 | 9,273.20 | 2,704.66 | 11,977.86 |
| 61 | | Pump House | 10/17/2011 | SL / N/A | 7.0000 | 6,331.00 | 100.0000 | 0.00 | 0.00 | 2,110.34 | 527.59 | 2,637.93 |
| 62 | | 2011 GMC | 11/29/2011 | SL / N/A | 5.0000 | 46,000.00 | 100.0000 | 0.00 | 0.00 | 20,700.00 | 5,366.69 | 26,066.69 |
| 63 | | DODGE | 12/9/2011 | SL / N/A | 5.0000 | 34,663.96 | 100.0000 | 0.00 | 0.00 | 15,598.78 | 4,044.11 | 19,642.89 |
| 64 | | Mill Feed | 12/8/2011 | SL / N/A | 5.0000 | 120,000.00 | 100.0000 | 0.00 | 0.00 | 54,000.00 | 14,000.00 | 68,000.00 |
| 65 | | Company Van | 12/20/2011 | SL / N/A | 5.0000 | 4,257.50 | 100.0000 | 0.00 | 0.00 | 1,844.92 | 496.72 | 2,341.64 |
| 66 | | Milwaukee 2 | 12/21/2011 | SL / N/A | 5.0000 | 2,398.40 | 100.0000 | 0.00 | 0.00 | 1,039.31 | 279.79 | 1,319.10 |
| 67 | | Welder | 12/29/2011 | SL / N/A | 5.0000 | 28,940.00 | 100.0000 | 0.00 | 0.00 | 12,540.67 | 3,376.31 | 15,916.98 |
| 68 | | Rail | 2/22/2012 | SL / N/A | 15.0000 | 1,055,856.14 | 100.0000 | 0.00 | 0.00 | 142,247.48 | 41,488.86 | 183,736.34 |
| 69 | | FORKLIFT | 4/19/2012 | SL / N/A | 10.0000 | 273,643.00 | 100.0000 | 0.00 | 0.00 | 50,168.80 | 15,962.80 | 66,131.60 |
| 70 | | Rail Line | 5/1/2012 | SL / N/A | 15.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 305.56 | 97.23 | 402.79 |
| 71 | | Dodge Truck | 6/12/2012 | SL / N/A | 5.0000 | 28,502.00 | 100.0000 | 0.00 | 0.00 | 9,975.70 | 3,325.21 | 13,300.91 |
| 72 | | SAG MILL | 5/8/2012 | SL / N/A | 7.0000 | 3,477.37 | 100.0000 | 0.00 | 0.00 | 910.74 | 289.80 | 1,200.54 |
| 73 | | SAG MILL | 5/3/2012 | SL / N/A | 7.0000 | 5,017.16 | 100.0000 | 0.00 | 0.00 | 1,314.02 | 418.11 | 1,732.13 |
| 74 | | SAMPLING | 5/9/2012 | SL / N/A | 7.0000 | 8,232.44 | 100.0000 | 0.00 | 0.00 | 2,156.11 | 686.07 | 2,842.18 |
| 75 | | TRANCEIVER | 6/7/2012 | SL / N/A | 7.0000 | 6,315.59 | 100.0000 | 0.00 | 0.00 | 1,578.90 | 526.33 | 2,105.23 |
| 76 | | BALL MILL | 6/12/2012 | SL / N/A | 7.0000 | 4,461.30 | 100.0000 | 0.00 | 0.00 | 1,115.33 | 371.77 | 1,487.10 |
| 77 | | PRESSURE | 6/13/2012 | SL / N/A | 7.0000 | 3,599.66 | 100.0000 | 0.00 | 0.00 | 899.92 | 299.95 | 1,199.87 |
| 78 | | 3000 HP | 6/28/2012 | SL / N/A | 7.0000 | 141,795.98 | 100.0000 | 0.00 | 0.00 | 33,760.95 | 11,816.35 | 45,577.30 |
| 79 | | HDPE - WATER | 7/6/2012 | SL / N/A | 7.0000 | 8,475.00 | 100.0000 | 0.00 | 0.00 | 2,017.85 | 706.23 | 2,724.08 |
| 80 | | SLURRY GATE | 7/16/2012 | SL / N/A | 7.0000 | 14,033.38 | 100.0000 | 0.00 | 0.00 | 3,341.28 | 1,169.42 | 4,510.70 |
| 81 | | PIPING TO | 7/23/2012 | SL / N/A | 7.0000 | 4,957.60 | 100.0000 | 0.00 | 0.00 | 1,121.36 | 413.14 | 1,534.50 |
| 82 | | ETHERNET | 7/30/2012 | SL / N/A | 7.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 452.37 | 166.67 | 619.04 |
| 83 | | UNDER FLOW | 8/6/2012 | SL / N/A | 7.0000 | 5,162.51 | 100.0000 | 0.00 | 0.00 | 1,167.71 | 430.22 | 1,597.93 |
| 84 | | UNDER FLOW | 8/14/2012 | SL / N/A | 7.0000 | 25,192.16 | 100.0000 | 0.00 | 0.00 | 5,698.23 | 2,099.37 | 7,797.60 |
| 85 | | Tracked Loader | 10/8/2012 | SL / N/A | 7.0000 | 15,730.76 | 100.0000 | 0.00 | 0.00 | 3,183.60 | 1,310.89 | 4,494.49 |
| 86 | | Komatsu | 8/9/2012 | SL / N/A | 7.0000 | 25,650.00 | 100.0000 | 0.00 | 0.00 | 5,801.79 | 2,137.52 | 7,939.31 |
| 87 | | New Feeder | 10/30/2012 | SL / N/A | 5.0000 | 21,742.05 | 100.0000 | 0.00 | 0.00 | 5,797.88 | 2,536.59 | 8,334.47 |
| 78 | | Decanter | 11/20/2012 | SL / N/A | 7.0000 | 170,000.00 | 100.0000 | 0.00 | 0.00 | 30,357.14 | 14,166.67 | 44,523.81 |
| | | Polymer | 11/21/2012 | SL / N/A | 5.0000 | 2,878.75 | 100.0000 | 0.00 | 0.00 | 719.69 | 335.86 | 1,055.55 |
| | | S185 Bobcat | 11/11/2012 | SL / N/A | 7.0000 | 38,112.00 | 100.0000 | 0.00 | 0.00 | 7,259.43 | 3,175.97 | 10,435.40 |
| 92 | D | CENTRIFUGE | 12/11/2012 | SL / N/A | 7.0000 | 13,946.30 | 100.0000 | 0.00 | 0.00 | 2,490.41 | 332.06 | 2,822.47 |
| 93 | | CENTRIFUGE | 12/10/2012 | SL / N/A | 7.0000 | 4,651.04 | 100.0000 | 0.00 | 0.00 | 830.54 | 387.59 | 1,218.13 |
| 94 | | LMI Pump | 12/7/2012 | SL / N/A | 7.0000 | 2,868.92 | 100.0000 | 0.00 | 0.00 | 512.31 | 239.05 | 751.36 |
| 95 | | Piping for | 12/26/2012 | SL / N/A | 7.0000 | 9,208.29 | 100.0000 | 0.00 | 0.00 | 1,534.72 | 767.34 | 2,302.06 |
| 96 | | Piping for | 12/28/2012 | SL / N/A | 7.0000 | 7,203.91 | 100.0000 | 0.00 | 0.00 | 1,200.65 | 600.32 | 1,800.97 |
| 97 | | Static Mixer | 1/10/2013 | SL / N/A | 7.0000 | 2,623.00 | 100.0000 | 0.00 | 0.00 | 437.16 | 218.61 | 655.77 |
| 98 | | Ford Ranger | 1/19/2013 | SL / N/A | 5.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 758.33 | 408.31 | 1,166.64 |
| 100 | | SLURRY PUMP | 12/18/2012 | SL / N/A | 7.0000 | 26,220.80 | 100.0000 | 0.00 | 0.00 | 4,370.14 | 2,185.05 | 6,555.19 |
| 101 | | CENTRIFUGE - | 12/28/2012 | SL / N/A | 7.0000 | 108,340.30 | 100.0000 | 0.00 | 0.00 | 18,056.72 | 9,028.39 | 27,085.11 |

| No. | Description | Date | Method | Life | Cost | Pct | | | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | SLURRY PUMP | 12/31/2012 | SL / N/A | 7.0000 | 42,753.00 | 100.0000 | 0.00 | 0.00 | 7,125.50 | 3,562.72 | 10,688.22 |
| 103 | Jeep Cherokee | 1/19/2013 | SL / N/A | 5.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 758.33 | 408.31 | 1,166.64 |
| 104 | Centrifuge - | 1/29/2013 | SL / N/A | 7.0000 | 67,073.08 | 100.0000 | 0.00 | 0.00 | 10,380.36 | 5,589.43 | 15,969.79 |
| 105 | D   Centrifuge - | 1/1/2013 | SL / N/A | 7.0000 | 30,980.30 | 100.0000 | 0.00 | 0.00 | 5,163.39 | 1,475.25 | 6,638.64 |
| 106 | Centrifuge - | 1/15/2013 | SL / N/A | 7.0000 | 15,083.37 | 100.0000 | 0.00 | 0.00 | 2,513.90 | 1,256.92 | 3,770.82 |
| 107 | Polymer | 1/21/2013 | SL / N/A | 7.0000 | 10,578.15 | 100.0000 | 0.00 | 0.00 | 1,637.09 | 881.51 | 2,518.60 |
| 108 | Volumetric | 1/28/2013 | SL / N/A | 7.0000 | 5,832.75 | 100.0000 | 0.00 | 0.00 | 902.69 | 486.08 | 1,388.77 |
| 109 | Centrifuge - | 1/31/2013 | SL / N/A | 7.0000 | 112,992.91 | 100.0000 | 0.00 | 0.00 | 17,486.99 | 9,416.05 | 26,903.04 |
| 110 | Centrifuge - | 1/24/2013 | SL / N/A | 7.0000 | 7,998.75 | 100.0000 | 0.00 | 0.00 | 1,237.90 | 666.54 | 1,904.44 |
| 111 | Vulcan Software | 1/29/2013 | SL / N/A | 7.0000 | 33,225.02 | 100.0000 | 0.00 | 0.00 | 5,141.97 | 2,768.78 | 7,910.75 |
| 112 | Installation | 1/15/2013 | SL / N/A | 15.0000 | 3,400.00 | 100.0000 | 0.00 | 0.00 | 264.45 | 132.23 | 396.68 |
| 113 | Piping | 1/14/2013 | SL / N/A | 15.0000 | 4,712.50 | 100.0000 | 0.00 | 0.00 | 366.53 | 183.26 | 549.79 |
| 114 | Installation | 1/14/2013 | SL / N/A | 15.0000 | 20,091.76 | 100.0000 | 0.00 | 0.00 | 1,562.69 | 781.34 | 2,344.03 |
| 115 | Centrifuge - | 1/25/2013 | SL / N/A | 7.0000 | 423,592.50 | 100.0000 | 0.00 | 0.00 | 65,555.98 | 35,299.39 | 100,855.37 |
| 116 | Centrifuge - | 1/31/2013 | SL / N/A | 7.0000 | 57,369.50 | 100.0000 | 0.00 | 0.00 | 8,878.61 | 4,780.79 | 13,659.40 |
| 117 | CP - Ancillary | 4/30/2012 | SL / N/A | 39.0000 | 53,405.51 | 100.0000 | 0.00 | 0.00 | 2,510.51 | 798.77 | 3,309.28 |
| 118 | CP - PDC | 4/30/2012 | SL / N/A | 39.0000 | 140,749.85 | 100.0000 | 0.00 | 0.00 | 6,616.44 | 2,105.25 | 8,721.69 |
| 119 | CP-Office | 4/30/2012 | SL / N/A | 39.0000 | 135,568.64 | 100.0000 | 0.00 | 0.00 | 6,372.89 | 2,027.76 | 8,400.65 |
| 120 | CP - Storage | 4/30/2012 | SL / N/A | 39.0000 | 34,133.30 | 100.0000 | 0.00 | 0.00 | 1,604.55 | 510.51 | 2,115.06 |
| 121 | CP - Electrical | 4/30/2012 | SL / N/A | 39.0000 | 1,562,912.47 | 100.0000 | 0.00 | 0.00 | 73,470.25 | 23,376.92 | 96,847.17 |
| 122 | CP - Control | 4/30/2012 | SL / N/A | 39.0000 | 77,495.88 | 100.0000 | 0.00 | 0.00 | 3,642.96 | 1,159.13 | 4,802.09 |
| 123 | CP - Plumbing | 4/30/2012 | SL / N/A | 39.0000 | 345,769.31 | 100.0000 | 0.00 | 0.00 | 16,254.11 | 5,171.74 | 21,425.85 |
| 124 | CP - Concrete | 4/30/2012 | SL / N/A | 39.0000 | 2,614,311.94 | 100.0000 | 0.00 | 0.00 | 122,895.01 | 39,102.98 | 161,997.99 |
| 125 | CP - Earthwork | 4/30/2012 | SL / N/A | 39.0000 | 105,304.35 | 100.0000 | 0.00 | 0.00 | 4,950.20 | 1,575.07 | 6,525.27 |
| 126 | CP - Lighting | 4/30/2012 | SL / N/A | 39.0000 | 40,018.36 | 100.0000 | 0.00 | 0.00 | 1,881.20 | 598.57 | 2,479.77 |
| 127 | CP - Well | 4/30/2012 | SL / N/A | 15.0000 | 1,674,951.31 | 100.0000 | 0.00 | 0.00 | 204,716.27 | 65,137.03 | 269,853.30 |
| 128 | CP - Other | 4/30/2012 | SL / N/A | 5.0000 | 244,198.09 | 100.0000 | 0.00 | 0.00 | 89,539.30 | 28,489.79 | 118,029.09 |
| 129 | CP - Piping | 4/30/2012 | SL / N/A | 7.0000 | 4,127,905.40 | 100.0000 | 0.00 | 0.00 | 1,081,118.08 | 343,992.11 | 1,425,110.19 |
| 130 | CP - SAG Mill | 4/30/2012 | SL / N/A | 7.0000 | 12,903,406.71 | 100.0000 | 0.00 | 0.00 | 3,379,463.67 | 1,075,283.93 | 4,454,747.60 |
| 131 | CP - Ball Mill | 4/30/2012 | SL / N/A | 7.0000 | 3,904,704.00 | 100.0000 | 0.00 | 0.00 | 1,022,660.58 | 325,391.99 | 1,348,052.57 |
| 132 | CP - Dryer | 4/30/2012 | SL / N/A | 7.0000 | 4,105,089.79 | 100.0000 | 0.00 | 0.00 | 1,075,142.57 | 342,090.84 | 1,417,233.41 |
| 133 | CP - Magnetic | 4/30/2012 | SL / N/A | 7.0000 | 3,195,291.38 | 100.0000 | 0.00 | 0.00 | 836,862.03 | 266,274.26 | 1,103,136.29 |
| 134 | CP - Filter Press | 4/30/2012 | SL / N/A | 7.0000 | 1,847,833.47 | 100.0000 | 0.00 | 0.00 | 483,956.38 | 153,986.14 | 637,942.52 |
| 135 | CP - Tank | 4/30/2012 | SL / N/A | 7.0000 | 1,509,411.83 | 100.0000 | 0.00 | 0.00 | 395,322.14 | 125,784.33 | 521,106.47 |
| 136 | CP - Thickeners | 4/30/2012 | SL / N/A | 7.0000 | 3,454,966.15 | 100.0000 | 0.00 | 0.00 | 904,872.08 | 287,913.85 | 1,192,785.93 |
| 137 | CP - Unit | 4/30/2012 | SL / N/A | 7.0000 | 1,438,231.09 | 100.0000 | 0.00 | 0.00 | 376,679.56 | 119,852.60 | 496,532.16 |
| 138 | CP - Pulverizer | 4/30/2012 | SL / N/A | 7.0000 | 185,668.52 | 100.0000 | 0.00 | 0.00 | 48,627.46 | 15,472.38 | 64,099.84 |
| 139 | CP - Nuclear | 4/30/2012 | SL / N/A | 7.0000 | 73,477.37 | 100.0000 | 0.00 | 0.00 | 19,244.08 | 6,123.11 | 25,367.19 |
| 140 | CP - Generator | 4/30/2012 | SL / N/A | 7.0000 | 109,987.27 | 100.0000 | 0.00 | 0.00 | 28,806.19 | 9,165.59 | 37,971.78 |
| 141 | CP - Conveyors | 4/30/2012 | SL / N/A | 7.0000 | 606,045.81 | 100.0000 | 0.00 | 0.00 | 158,726.28 | 50,503.81 | 209,230.09 |
| 142 | CP - | 4/30/2012 | SL / N/A | 7.0000 | 540,409.51 | 100.0000 | 0.00 | 0.00 | 141,535.83 | 45,034.15 | 186,569.98 |
| 143 | CP - Lockers | 4/30/2012 | SL / N/A | 7.0000 | 4,603.40 | 100.0000 | 0.00 | 0.00 | 1,205.65 | 383.60 | 1,589.25 |
| 144 | CP - Diverter | 4/30/2012 | SL / N/A | 7.0000 | 17,901.99 | 100.0000 | 0.00 | 0.00 | 4,688.62 | 1,491.84 | 6,180.46 |
| 145 | CP - Vibrating | 4/30/2012 | SL / N/A | 7.0000 | 275,088.43 | 100.0000 | 0.00 | 0.00 | 72,046.97 | 22,924.02 | 94,970.99 |
| 146 | CP - Liner | 4/30/2012 | SL / N/A | 7.0000 | 441,627.69 | 100.0000 | 0.00 | 0.00 | 115,664.39 | 36,802.29 | 152,466.68 |
| 147 | CP - PLC | 4/30/2012 | SL / N/A | 7.0000 | 377,921.08 | 100.0000 | 0.00 | 0.00 | 98,979.34 | 31,493.42 | 130,472.76 |
| 148 | CP - Hoses | 4/30/2012 | SL / N/A | 7.0000 | 27,959.73 | 100.0000 | 0.00 | 0.00 | 7,322.79 | 2,329.95 | 9,652.74 |
| 149 | CP - | 4/30/2012 | SL / N/A | 7.0000 | 204,229.90 | 100.0000 | 0.00 | 0.00 | 53,488.78 | 17,019.17 | 70,507.95 |
| 150 | CP - Overhead | 4/30/2012 | SL / N/A | 7.0000 | 493,670.40 | 100.0000 | 0.00 | 0.00 | 129,294.62 | 41,139.21 | 170,433.83 |
| 151 | CP - Sieve | 4/30/2012 | SL / N/A | 7.0000 | 2,555.60 | 100.0000 | 0.00 | 0.00 | 669.33 | 212.94 | 882.27 |
| 152 | CP - Remote | 4/30/2012 | SL / N/A | 7.0000 | 10,822.53 | 100.0000 | 0.00 | 0.00 | 2,834.48 | 901.88 | 3,736.36 |
| 153 | CP - Ventilation | 4/30/2012 | SL / N/A | 7.0000 | 112,142.75 | 100.0000 | 0.00 | 0.00 | 29,370.71 | 9,345.21 | 38,715.92 |
| 154 | CP - Air | 4/30/2012 | SL / N/A | 7.0000 | 188,113.98 | 100.0000 | 0.00 | 0.00 | 49,267.95 | 15,676.15 | 64,944.10 |
| 155 | CP - Solution | 4/30/2012 | SL / N/A | 7.0000 | 601,498.35 | 100.0000 | 0.00 | 0.00 | 157,535.29 | 50,124.90 | 207,660.19 |
| 156 | CP - PLC and | 4/30/2012 | SL / N/A | 7.0000 | 1,253,914.75 | 100.0000 | 0.00 | 0.00 | 328,406.25 | 104,492.92 | 432,899.17 |
| 157 | CP - Agitators | 4/30/2012 | SL / N/A | 7.0000 | 228,315.04 | 100.0000 | 0.00 | 0.00 | 59,796.79 | 19,026.28 | 78,823.07 |
| 158 | CP - Pressure | 4/30/2012 | SL / N/A | 7.0000 | 78,639.62 | 100.0000 | 0.00 | 0.00 | 20,596.09 | 6,553.33 | 27,149.42 |
| 159 | CP - Solenoid | 4/30/2012 | SL / N/A | 7.0000 | 32,650.84 | 100.0000 | 0.00 | 0.00 | 8,551.42 | 2,720.90 | 11,272.32 |
| 160 | CP - | 4/30/2012 | SL / N/A | 7.0000 | 4,279.72 | 100.0000 | 0.00 | 0.00 | 1,120.88 | 356.65 | 1,477.53 |
| 161 | CP - Flocculant | 4/30/2012 | SL / N/A | 7.0000 | 517,439.14 | 100.0000 | 0.00 | 0.00 | 135,519.78 | 43,119.93 | 178,639.71 |
| 162 | CP - Victaulic | 4/30/2012 | SL / N/A | 7.0000 | 10,498.91 | 100.0000 | 0.00 | 0.00 | 2,749.71 | 874.93 | 3,624.64 |
| 163 | CP - Slurry | 4/30/2012 | SL / N/A | 7.0000 | 2,745,850.58 | 100.0000 | 0.00 | 0.00 | 719,151.34 | 228,820.90 | 947,972.24 |
| 164 | CP - Hand Held | 4/30/2012 | SL / N/A | 7.0000 | 12,930.68 | 100.0000 | 0.00 | 0.00 | 3,386.61 | 1,077.58 | 4,464.19 |
| 165 | CP - Electrical | 4/30/2012 | SL / N/A | 7.0000 | 596,234.04 | 100.0000 | 0.00 | 0.00 | 156,156.53 | 49,686.14 | 205,842.67 |
| 166 | CP - Concrete | 4/30/2012 | SL / N/A | 7.0000 | 2,228,480.22 | 100.0000 | 0.00 | 0.00 | 583,649.59 | 185,706.71 | 769,356.30 |
| 167 | CP - Pressure | 4/30/2012 | SL / N/A | 7.0000 | 13,134.66 | 100.0000 | 0.00 | 0.00 | 3,440.03 | 1,094.59 | 4,534.62 |
| 168 | CP - Sinks | 4/30/2012 | SL / N/A | 7.0000 | 3,679.03 | 100.0000 | 0.00 | 0.00 | 963.56 | 306.60 | 1,270.16 |
| 169 | CP - Flotation | 4/30/2012 | SL / N/A | 7.0000 | 1,018,017.25 | 100.0000 | 0.00 | 0.00 | 266,623.57 | 84,834.75 | 351,458.32 |
| 170 | CP - Steel | 4/30/2012 | SL / N/A | 7.0000 | 2,596,620.98 | 100.0000 | 0.00 | 0.00 | 680,067.39 | 216,385.05 | 896,452.44 |
| 171 | CP - Office | 4/30/2012 | SL / N/A | 7.0000 | 5,439.65 | 100.0000 | 0.00 | 0.00 | 1,424.66 | 453.32 | 1,877.98 |
| 172 | Gearbox | 2/4/2013 | SL / N/A | 7.0000 | 58,093.91 | 100.0000 | 0.00 | 0.00 | 8,990.72 | 4,841.13 | 13,831.85 |
| 173 | Trash Pump | 2/28/2013 | SL / N/A | 7.0000 | 3,121.13 | 100.0000 | 0.00 | 0.00 | 445.88 | 260.12 | 706.00 |
| 174 | Centrifuge | 2/5/2013 | SL / N/A | 7.0000 | 166,964.82 | 100.0000 | 0.00 | 0.00 | 25,839.80 | 13,913.76 | 39,753.56 |
| 175 | Flow Meters | 2/4/2013 | SL / N/A | 7.0000 | 17,862.83 | 100.0000 | 0.00 | 0.00 | 2,764.48 | 1,488.55 | 4,253.03 |
| 176 | Slurry Pumps | 2/14/2013 | SL / N/A | 7.0000 | 44,731.55 | 100.0000 | 0.00 | 0.00 | 6,922.74 | 3,727.64 | 10,650.38 |
| 177 | Wilden Pump | 2/14/2013 | SL / N/A | 7.0000 | 3,696.30 | 100.0000 | 0.00 | 0.00 | 572.04 | 308.00 | 880.04 |
| 178 | Centrifuge VFD | 2/14/2013 | SL / N/A | 7.0000 | 3,086.89 | 100.0000 | 0.00 | 0.00 | 477.73 | 257.25 | 734.98 |
| 179 | Centrifuge - | 2/28/2013 | SL / N/A | 7.0000 | 43,871.43 | 100.0000 | 0.00 | 0.00 | 6,981.63 | 4,072.60 | 11,054.23 |
| 182 | Centrifuge - | 3/2/2013 | SL / N/A | 7.0000 | 6,242.82 | 100.0000 | 0.00 | 0.00 | 891.83 | 520.24 | 1,412.07 |
| 183 | Flow Meters | 3/19/2013 | SL / N/A | 7.0000 | 17,971.23 | 100.0000 | 0.00 | 0.00 | 2,353.38 | 1,497.58 | 3,850.96 |
| 184 | Fischer Valve | 3/22/2013 | SL / N/A | 7.0000 | 9,889.69 | 100.0000 | 0.00 | 0.00 | 1,295.08 | 824.11 | 2,119.19 |
| 185 | Leasehold | 3/31/2013 | SL / N/A | 7.0000 | 50,286.26 | 100.0000 | 0.00 | 0.00 | 6,585.10 | 4,190.55 | 10,775.65 |
| 186 | Kustom | 4/11/2013 | SL / N/A | 7.0000 | 13,465.63 | 100.0000 | 0.00 | 0.00 | 1,763.36 | 1,122.17 | 2,885.53 |
| 187 | 2013 Dodge | 4/23/2013 | SL / N/A | 5.0000 | 36,196.41 | 100.0000 | 0.00 | 0.00 | 6,032.73 | 4,222.89 | 10,255.62 |
| 188 | Sage 100 | 4/24/2013 | SL / N/A | 7.0000 | 8,500.00 | 100.0000 | 0.00 | 0.00 | 1,011.91 | 708.33 | 1,720.24 |
| 189 | Leasehold | 4/1/2013 | SL / N/A | 7.0000 | 2,400.00 | 100.0000 | 0.00 | 0.00 | 314.29 | 199.99 | 514.28 |
| 190 | Belt Scales | 4/12/2013 | SL / N/A | 7.0000 | 23,010.00 | 100.0000 | 0.00 | 0.00 | 3,013.21 | 1,917.51 | 4,930.72 |
| 191 | Leasehold | 4/2/2013 | SL / N/A | 7.0000 | 24,009.70 | 100.0000 | 0.00 | 0.00 | 3,144.13 | 2,000.81 | 5,144.94 |
| 192 | Vertical Lift | 5/1/2013 | SL / N/A | 7.0000 | 9,400.00 | 100.0000 | 0.00 | 0.00 | 1,119.05 | 783.37 | 1,902.42 |
| 193 | Centrifuge - | 5/6/2013 | SL / N/A | 7.0000 | 7,264.25 | 100.0000 | 0.00 | 0.00 | 864.79 | 605.36 | 1,470.15 |
| 194 | Omni Pumps | 5/7/2013 | SL / N/A | 7.0000 | 4,903.86 | 100.0000 | 0.00 | 0.00 | 583.79 | 408.66 | 992.45 |
| 195 | High Pot Tester | 5/13/2013 | SL / N/A | 7.0000 | 8,196.12 | 100.0000 | 0.00 | 0.00 | 975.72 | 682.99 | 1,658.71 |
| 196 | Miller XTM 350 | 5/16/2013 | SL / N/A | 7.0000 | 6,375.00 | 100.0000 | 0.00 | 0.00 | 758.92 | 531.23 | 1,290.15 |
| 197 | Port a Cool | 5/17/2013 | SL / N/A | 7.0000 | 3,460.20 | 100.0000 | 0.00 | 0.00 | 370.73 | 288.33 | 659.06 |
| 198 | Breakers | 5/23/2013 | SL / N/A | 7.0000 | 9,234.83 | 100.0000 | 0.00 | 0.00 | 989.45 | 769.58 | 1,759.03 |
| 199 | Sag Mill Liner | 5/24/2013 | SL / N/A | 7.0000 | 164,900.00 | 100.0000 | 0.00 | 0.00 | 17,667.86 | 13,741.70 | 31,409.56 |
| 200 | Carrier | 5/27/2013 | SL / N/A | 7.0000 | 41,593.84 | 100.0000 | 0.00 | 0.00 | 4,456.48 | 3,466.19 | 7,922.67 |
| 201 | Columbia and | 5/29/2013 | SL / N/A | 7.0000 | 5,667.26 | 100.0000 | 0.00 | 0.00 | 607.21 | 472.29 | 1,079.50 |
| 202 | 2 Ton | 5/29/2013 | SL / N/A | 7.0000 | 4,309.67 | 100.0000 | 0.00 | 0.00 | 461.75 | 359.17 | 820.92 |
| 203 | Machine Health | 5/7/2013 | SL / N/A | 10.0000 | 2,250.00 | 100.0000 | 0.00 | 0.00 | 187.50 | 131.25 | 318.75 |
| 204 | MAS Software | 5/15/2013 | SL / N/A | 10.0000 | 22,248.00 | 100.0000 | 0.00 | 0.00 | 1,854.00 | 1,297.80 | 3,151.80 |
| 205 | Leashold | 5/1/2013 | SL / N/A | 7.0000 | 3,333.02 | 100.0000 | 0.00 | 0.00 | 396.79 | 277.76 | 674.55 |
| 208 | Chain Hoist | 6/30/2013 | SL / N/A | 7.0000 | 4,538.72 | 100.0000 | 0.00 | 0.00 | 432.26 | 378.21 | 810.47 |
| 209 | 200 Amp | 6/30/2013 | SL / N/A | 7.0000 | 7,095.38 | 100.0000 | 0.00 | 0.00 | 675.75 | 591.29 | 1,267.04 |
| 210 | Gearbox | 6/30/2013 | SL / N/A | 7.0000 | 24,052.24 | 100.0000 | 0.00 | 0.00 | 2,290.69 | 2,004.38 | 4,295.07 |
| 211 | Dryer Burner | 6/30/2013 | SL / N/A | 7.0000 | 22,989.00 | 100.0000 | 0.00 | 0.00 | 2,189.43 | 1,915.76 | 4,105.19 |

| # | Description | Date | Method | Life | Cost | % | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 212 | AK4195 Pump | 6/30/2013 | SL / N/A | 7.0000 | 5,690.00 | 100.0000 | 0.00 | 0.00 | 541.91 | 474.18 | 1,016.09 |
| 213 | Taper Bore | 6/30/2013 | SL / N/A | 7.0000 | 4,570.80 | 100.0000 | 0.00 | 0.00 | 435.31 | 380.87 | 816.18 |
| 214 | Air Receiver | 6/30/2013 | SL / N/A | 7.0000 | 27,888.71 | 100.0000 | 0.00 | 0.00 | 2,656.07 | 2,324.07 | 4,980.14 |
| 215 | Leasehold | 6/30/2013 | SL / N/A | 7.0000 | 3,389.27 | 100.0000 | 0.00 | 0.00 | 322.79 | 282.45 | 605.24 |
| 216 | Mas Software | 6/30/2013 | SL / N/A | 10.0000 | 2,000.65 | 100.0000 | 0.00 | 0.00 | 133.38 | 116.69 | 250.07 |
| 7 | Leasehold | 6/30/2013 | SL / N/A | 7.0000 | 3,728.20 | 100.0000 | 0.00 | 0.00 | 355.07 | 310.66 | 665.73 |
| 1 | MAS Software | 6/30/2013 | SL / N/A | 10.0000 | 6,500.00 | 100.0000 | 0.00 | 0.00 | 433.33 | 379.19 | 812.52 |
| 19 | GSLE - Dryer | 7/11/2013 | SL / N/A | 7.0000 | 91,025.80 | 100.0000 | 0.00 | 0.00 | 8,669.13 | 7,585.48 | 16,254.61 |
| 220 | Impeller | 7/11/2013 | SL / N/A | 7.0000 | 6,038.86 | 100.0000 | 0.00 | 0.00 | 575.13 | 503.23 | 1,078.36 |
| 222 | Pipe Support | 7/16/2013 | SL / N/A | 7.0000 | 10,582.88 | 100.0000 | 0.00 | 0.00 | 1,007.89 | 881.93 | 1,889.82 |
| 223 | Conex | 7/17/2013 | SL / N/A | 7.0000 | 7,118.75 | 100.0000 | 0.00 | 0.00 | 593.23 | 593.25 | 1,186.48 |
| 224 | Flow Meter | 7/23/2013 | SL / N/A | 7.0000 | 14,647.63 | 100.0000 | 0.00 | 0.00 | 1,220.64 | 1,220.66 | 2,441.30 |
| 225 | New Dryer | 7/24/2013 | SL / N/A | 7.0000 | 84,680.00 | 100.0000 | 0.00 | 0.00 | 7,056.66 | 7,056.70 | 14,113.36 |
| 226 | Shroud Covers | 7/24/2013 | SL / N/A | 7.0000 | 5,100.00 | 100.0000 | 0.00 | 0.00 | 425.00 | 424.97 | 849.97 |
| 227 | Fuel Pump | 7/29/2013 | SL / N/A | 7.0000 | 2,223.82 | 100.0000 | 0.00 | 0.00 | 185.32 | 185.29 | 370.61 |
| 229 | Software - | 7/31/2013 | SL / N/A | 10.0000 | 4,500.00 | 100.0000 | 0.00 | 0.00 | 262.50 | 262.50 | 525.00 |
| 230 | Conex | 7/17/2013 | SL / N/A | 7.0000 | 9,128.13 | 100.0000 | 0.00 | 0.00 | 760.68 | 760.69 | 1,521.37 |
| 231 | Sledge Level | 8/30/2013 | SL / N/A | 7.0000 | 2,590.80 | 100.0000 | 0.00 | 0.00 | 185.06 | 215.88 | 400.94 |
| 233 | Dryer | 8/30/2013 | SL / N/A | 7.0000 | 29,133.05 | 100.0000 | 0.00 | 0.00 | 1,438.05 | 1,677.79 | 3,115.84 |
| 234 | Gear Reducer | 8/30/2013 | SL / N/A | 7.0000 | 4,570.80 | 100.0000 | 0.00 | 0.00 | 326.49 | 380.87 | 707.36 |
| 235 | Magnetite | 8/30/2013 | SL / N/A | 7.0000 | 18,200.00 | 100.0000 | 0.00 | 0.00 | 1,300.00 | 1,516.69 | 2,816.69 |
| 236 | Machine | 8/30/2013 | SL / N/A | 10.0000 | 2,250.00 | 100.0000 | 0.00 | 0.00 | 112.50 | 131.25 | 243.75 |
| 237 | Sage Software | 8/30/2013 | SL / N/A | 10.0000 | 3,180.00 | 100.0000 | 0.00 | 0.00 | 159.00 | 185.50 | 344.50 |
| 238 | FERGUSON | 8/31/2013 | SL / N/A | 7.0000 | 8,100.00 | 100.0000 | 0.00 | 0.00 | 578.57 | 675.01 | 1,253.58 |
| 239 | MOTOR | 8/30/2013 | SL / N/A | 7.0000 | 2,814.69 | 100.0000 | 0.00 | 0.00 | 201.05 | 234.57 | 435.62 |
| 240 | AC Building | 8/30/2013 | SL / N/A | 15.0000 | 81,890.12 | 100.0000 | 0.00 | 0.00 | 2,729.67 | 3,184.65 | 5,914.32 |
| 241 | Dryer | 8/31/2013 | SL / N/A | 7.0000 | 44,586.63 | 100.0000 | 0.00 | 0.00 | 3,184.76 | 3,715.53 | 6,900.29 |
| 242 | Rail Refurbish | 8/31/2013 | SL / N/A | 10.0000 | 32,096.31 | 100.0000 | 0.00 | 0.00 | 1,604.82 | 1,872.29 | 3,477.11 |
| 244 | CENTRIFUGE | 9/30/2013 | SL / N/A | 7.0000 | 80,488.76 | 100.0000 | 0.00 | 0.00 | 4,791.00 | 6,707.40 | 11,498.40 |
| 245 | DRYER | 9/30/2013 | SL / N/A | 7.0000 | 7,674.60 | 100.0000 | 0.00 | 0.00 | 456.82 | 639.52 | 1,096.34 |
| 246 | GEAR | 9/30/2013 | SL / N/A | 7.0000 | 4,949.00 | 100.0000 | 0.00 | 0.00 | 294.58 | 412.44 | 707.02 |
| 247 | PUMPS | 9/30/2013 | SL / N/A | 7.0000 | 3,602.60 | 100.0000 | 0.00 | 0.00 | 214.44 | 300.23 | 514.67 |
| 248 | A/C BUILDING | 9/30/2013 | SL / N/A | 15.0000 | 13,459.62 | 100.0000 | 0.00 | 0.00 | 373.88 | 523.46 | 897.34 |
| 249 | GROUND GRID | 9/30/2013 | SL / N/A | 15.0000 | 3,891.43 | 100.0000 | 0.00 | 0.00 | 108.10 | 151.34 | 259.44 |
| 250 | MINE VAN | 9/30/2013 | SL / N/A | 7.0000 | 11,995.00 | 100.0000 | 0.00 | 0.00 | 713.99 | 999.60 | 1,713.59 |
| 251 | TORQUE | 9/30/2013 | SL / N/A | 7.0000 | 28,794.00 | 100.0000 | 0.00 | 0.00 | 1,713.93 | 2,399.53 | 4,113.46 |
| 252 | NUCLEAR | 9/30/2013 | SL / N/A | 7.0000 | 6,235.29 | 100.0000 | 0.00 | 0.00 | 371.15 | 519.61 | 890.76 |
| 253 | HOIST MOTOR | 9/30/2013 | SL / N/A | 7.0000 | 9,312.50 | 100.0000 | 0.00 | 0.00 | 554.32 | 776.02 | 1,330.34 |
| 255 | MERAKI | 9/30/2013 | SL / N/A | 7.0000 | 23,581.23 | 100.0000 | 0.00 | 0.00 | 1,403.65 | 1,965.11 | 3,368.76 |
| 256 | PUMP FOR | 9/30/2013 | SL / N/A | 7.0000 | 3,457.75 | 100.0000 | 0.00 | 0.00 | 205.82 | 288.12 | 493.94 |
| 257 | WELDER | 9/30/2013 | SL / N/A | 7.0000 | 3,316.00 | 100.0000 | 0.00 | 0.00 | 197.38 | 276.36 | 473.74 |
| 258 | KNIFE GATE | 9/30/2013 | SL / N/A | 7.0000 | 10,695.00 | 100.0000 | 0.00 | 0.00 | 636.61 | 891.24 | 1,527.85 |
| 259 | DRYER | 9/30/2013 | SL / N/A | 7.0000 | 47,740.10 | 100.0000 | 0.00 | 0.00 | 2,841.67 | 3,978.31 | 6,819.98 |
| 261 | VFD DRIVE | 9/30/2013 | SL / N/A | 7.0000 | 2,320.00 | 100.0000 | 0.00 | 0.00 | 138.10 | 193.34 | 331.44 |
| 262 | PUMP CASING | 9/30/2013 | SL / N/A | 7.0000 | 14,077.80 | 100.0000 | 0.00 | 0.00 | 837.96 | 1,173.13 | 2,011.09 |
| 263 | PUMP 4022 | 9/30/2013 | SL / N/A | 7.0000 | 4,053.54 | 100.0000 | 0.00 | 0.00 | 241.28 | 337.82 | 579.10 |
| 264 | MERAKI | 9/30/2013 | SL / N/A | 7.0000 | 2,194.00 | 100.0000 | 0.00 | 0.00 | 130.60 | 182.84 | 313.44 |
| 265 | MACHINE | 9/30/2013 | SL / N/A | 7.0000 | 2,250.00 | 100.0000 | 0.00 | 0.00 | 133.93 | 187.53 | 321.46 |
| 266 | DRYER SHELL | 12/31/2013 | SL / N/A | 7.0000 | 211,954.00 | 100.0000 | 0.00 | 0.00 | 5,046.52 | 17,662.82 | 22,709.34 |
| 267 | Conveyor | 9/30/2013 | SL / N/A | 7.0000 | 15,746.03 | 100.0000 | 0.00 | 0.00 | 937.26 | 1,312.15 | 2,249.41 |
| 8 | Static Mixer | 9/30/2013 | SL / N/A | 7.0000 | 5,288.00 | 100.0000 | 0.00 | 0.00 | 314.76 | 440.65 | 755.41 |
| 9 | MOTOR | 9/30/2013 | SL / N/A | 7.0000 | 2,831.00 | 100.0000 | 0.00 | 0.00 | 168.51 | 235.90 | 404.41 |
| 270 | PDC2 | 9/30/2013 | SL / N/A | 7.0000 | 3,410.00 | 100.0000 | 0.00 | 0.00 | 202.98 | 284.20 | 487.18 |
| 282 | Ball Mill Pump | 10/31/2013 | SL / N/A | 7.0000 | 37,823.24 | 100.0000 | 0.00 | 0.00 | 1,801.11 | 3,151.96 | 4,953.07 |
| 283 | Tool Room Gate | 10/31/2013 | SL / N/A | 15.0000 | 2,585.00 | 100.0000 | 0.00 | 0.00 | 57.44 | 100.52 | 157.96 |
| 284 | Impact Idlers | 10/31/2013 | SL / N/A | 7.0000 | 4,752.65 | 100.0000 | 0.00 | 0.00 | 226.32 | 396.06 | 622.38 |
| 285 | Bearing | 10/31/2013 | SL / N/A | 7.0000 | 5,848.46 | 100.0000 | 0.00 | 0.00 | 278.50 | 487.34 | 765.84 |
| 286 | Static Mixer for | 10/31/2013 | SL / N/A | 7.0000 | 5,750.68 | 100.0000 | 0.00 | 0.00 | 273.84 | 479.22 | 753.06 |
| 287 | Conveyor | 10/31/2013 | SL / N/A | 7.0000 | 22,034.50 | 100.0000 | 0.00 | 0.00 | 1,049.26 | 1,836.24 | 2,885.50 |
| 288 | Valve for | 10/31/2013 | SL / N/A | 7.0000 | 15,981.86 | 100.0000 | 0.00 | 0.00 | 761.04 | 1,331.82 | 2,092.86 |
| 289 | V Belt | 10/31/2013 | SL / N/A | 7.0000 | 2,710.52 | 100.0000 | 0.00 | 0.00 | 129.07 | 225.89 | 354.96 |
| 290 | Knife Gate | 10/31/2013 | SL / N/A | 7.0000 | 2,690.00 | 100.0000 | 0.00 | 0.00 | 128.10 | 224.14 | 352.24 |
| 291 | Dryer | 10/31/2013 | SL / N/A | 7.0000 | 2,660.00 | 100.0000 | 0.00 | 0.00 | 126.67 | 221.69 | 348.36 |
| 292 | Lenovo | 10/31/2013 | SL / N/A | 7.0000 | 2,298.70 | 100.0000 | 0.00 | 0.00 | 109.46 | 191.59 | 301.05 |
| 293 | Machine Health | 10/31/2013 | SL / N/A | 10.0000 | 2,250.00 | 100.0000 | 0.00 | 0.00 | 75.00 | 131.25 | 206.25 |
| 294 | Autocad | 10/31/2013 | SL / N/A | 10.0000 | 22,665.00 | 100.0000 | 0.00 | 0.00 | 755.50 | 1,322.16 | 2,077.66 |
| 295 | PIPE | 12/31/2013 | SL / N/A | 10.0000 | 21,241.64 | 100.0000 | 0.00 | 0.00 | 354.03 | 1,239.07 | 1,593.10 |
| 296 | Meraki Software | 10/31/2013 | SL / N/A | 10.0000 | 2,594.99 | 100.0000 | 0.00 | 0.00 | 86.50 | 151.41 | 237.91 |
| 297 | STATIC MIXER | 12/31/2013 | SL / N/A | 5.0000 | 10,456.00 | 100.0000 | 0.00 | 0.00 | 348.53 | 1,219.89 | 1,568.42 |
| 298 | SWING ARM | 11/30/2013 | SL / N/A | 7.0000 | 11,082.23 | 100.0000 | 0.00 | 0.00 | 395.80 | 923.51 | 1,319.31 |
| 299 | CENTRIFUGE | 11/30/2013 | SL / N/A | 7.0000 | 230,000.00 | 100.0000 | 0.00 | 0.00 | 8,214.29 | 19,166.70 | 27,380.99 |
| 300 | DRYER | 11/30/2013 | SL / N/A | 7.0000 | 26,207.25 | 100.0000 | 0.00 | 0.00 | 935.97 | 2,183.93 | 3,119.90 |
| 301 | GROUVER | 11/30/2013 | SL / N/A | 7.0000 | 4,017.36 | 100.0000 | 0.00 | 0.00 | 143.48 | 334.81 | 478.29 |
| 302 | CONVEYOR | 11/30/2013 | SL / N/A | 7.0000 | 20,196.14 | 100.0000 | 0.00 | 0.00 | 721.29 | 1,683.01 | 2,404.30 |
| 303 | PLANETARY | 11/30/2013 | SL / N/A | 7.0000 | 7,146.83 | 100.0000 | 0.00 | 0.00 | 255.25 | 595.56 | 850.81 |
| 304 | HELOS | 11/30/2013 | SL / N/A | 7.0000 | 62,452.56 | 100.0000 | 0.00 | 0.00 | 2,230.45 | 5,204.36 | 7,434.81 |
| 305 | PUMP MOTOR | 11/30/2013 | SL / N/A | 7.0000 | 71,800.00 | 100.0000 | 0.00 | 0.00 | 2,564.29 | 5,983.32 | 8,547.61 |
| 306 | GEAR BOX | 11/30/2013 | SL / N/A | 7.0000 | 8,035.00 | 100.0000 | 0.00 | 0.00 | 286.97 | 669.62 | 956.59 |
| 307 | CONVEYOR | 11/30/2013 | SL / N/A | 7.0000 | 23,646.00 | 100.0000 | 0.00 | 0.00 | 844.50 | 1,970.50 | 2,815.00 |
| 312 | CENTRIFUGE | 12/31/2013 | SL / N/A | 7.0000 | 32,138.25 | 100.0000 | 0.00 | 0.00 | 765.20 | 2,678.20 | 3,443.40 |
| 313 | NUCLEAR | 12/31/2013 | SL / N/A | 7.0000 | 6,188.00 | 100.0000 | 0.00 | 0.00 | 147.33 | 515.69 | 663.02 |
| 314 | TRIPP LITE | 12/31/2013 | SL / N/A | 7.0000 | 4,879.98 | 100.0000 | 0.00 | 0.00 | 116.19 | 406.70 | 522.89 |
| 315 | MAIN | 12/31/2013 | SL / N/A | 7.0000 | 17,428.00 | 100.0000 | 0.00 | 0.00 | 414.95 | 1,452.36 | 1,867.31 |
| 316 | FLUKE 435 | 12/31/2013 | SL / N/A | 7.0000 | 8,884.07 | 100.0000 | 0.00 | 0.00 | 211.53 | 740.32 | 951.85 |
| 317 | VALVE FOR | 12/31/2013 | SL / N/A | 7.0000 | 4,894.00 | 100.0000 | 0.00 | 0.00 | 116.52 | 407.82 | 524.34 |
| 318 | SHIELD FOR | 12/31/2013 | SL / N/A | 7.0000 | 2,717.00 | 100.0000 | 0.00 | 0.00 | 64.69 | 226.45 | 291.14 |
| 319 | MASTERFLEX | 12/31/2013 | M / MQ | 7.0000 | 7,463.60 | 100.0000 | 0.00 | 0.00 | 266.56 | 1,199.52 | 1,466.08 |
| 320 | MERAKI | 12/31/2013 | M / MQ | 7.0000 | 9,335.98 | 100.0000 | 0.00 | 0.00 | 333.43 | 1,500.45 | 1,833.88 |
| 321 | VFD DRIVE | 12/31/2013 | SL / N/A | 7.0000 | 30,879.75 | 100.0000 | 0.00 | 0.00 | 735.23 | 2,573.34 | 3,308.57 |
| 322 | MILLER | 12/31/2013 | SL / N/A | 7.0000 | 11,417.63 | 100.0000 | 0.00 | 0.00 | 271.85 | 951.44 | 1,223.29 |
| 323 | PUMPS | 12/31/2013 | SL / N/A | 7.0000 | 2,532.79 | 100.0000 | 0.00 | 0.00 | 60.31 | 211.05 | 271.36 |
| 324 | DISTRIBUTION | 12/31/2013 | SL / N/A | 7.0000 | 9,495.00 | 100.0000 | 0.00 | 0.00 | 226.07 | 791.28 | 1,017.35 |
| 325 | SCISSOR LIFT | 12/31/2013 | SL / N/A | 7.0000 | 6,295.00 | 100.0000 | 0.00 | 0.00 | 149.88 | 524.58 | 674.46 |
| 326 | CAD Software | 12/31/2013 | SL / N/A | 10.0000 | 2,265.00 | 100.0000 | 0.00 | 0.00 | 37.75 | 132.16 | 169.91 |
| 327 | Dryer | 1/31/2014 | SL / N/A | 7.0000 | 38,945.44 | 100.0000 | 0.00 | 0.00 | 463.64 | 3,245.48 | 3,709.12 |
| 8 | Gear Pump | 1/31/2014 | SL / N/A | 7.0000 | 3,480.46 | 100.0000 | 0.00 | 0.00 | 41.43 | 290.01 | 331.44 |
| 9 | Generator | 1/31/2014 | SL / N/A | 7.0000 | 9,999.00 | 100.0000 | 0.00 | 0.00 | 119.04 | 833.28 | 952.32 |
| 330 | 70" Office | 1/31/2014 | SL / N/A | 7.0000 | 5,000.00 | 100.0000 | 0.00 | 0.00 | 59.52 | 416.64 | 476.16 |
| 331 | Shaft Fan | 1/31/2014 | SL / N/A | 7.0000 | 5,000.00 | 100.0000 | 0.00 | 0.00 | 59.52 | 416.64 | 476.16 |
| 332 | Flow Meter | 1/31/2014 | SL / N/A | 7.0000 | 5,944.91 | 100.0000 | 0.00 | 0.00 | 70.77 | 495.39 | 566.16 |
| 333 | Masterflex | 1/31/2014 | SL / N/A | 7.0000 | 7,482.30 | 100.0000 | 0.00 | 0.00 | 89.07 | 623.56 | 712.63 |
| 334 | Pulverizer | 1/31/2014 | SL / N/A | 7.0000 | 8,314.75 | 100.0000 | 0.00 | 0.00 | 98.98 | 692.93 | 791.91 |
| 335 | Backhoe | 1/31/2014 | SL / N/A | 7.0000 | 41,956.20 | 100.0000 | 0.00 | 0.00 | 499.48 | 3,496.36 | 3,995.84 |
| 336 | Centrifuge | 1/31/2014 | SL / N/A | 7.0000 | 18,305.15 | 100.0000 | 0.00 | 0.00 | 217.92 | 1,525.44 | 1,743.36 |
| 341 | Water Tank | 1/31/2014 | SL / N/A | 7.0000 | 26,467.85 | 100.0000 | 0.00 | 0.00 | 315.09 | 2,205.63 | 2,520.72 |
| 342 | Battery - | 1/31/2014 | SL / N/A | 7.0000 | 2,807.46 | 100.0000 | 0.00 | 0.00 | 33.42 | 233.94 | 267.36 |

| No. | D | Description | Date | Method | Life | Cost | % | | | Prior Depr | Current | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 343 | | Bearing for | 1/31/2014 | SL / N/A | 7.0000 | 4,508.00 | 100.0000 | 0.00 | 0.00 | 53.67 | 375.69 | 429.36 |
| 344 | | Superior Stacker | 1/31/2014 | SL / N/A | 7.0000 | 4,794.46 | 100.0000 | 0.00 | 0.00 | 57.08 | 399.56 | 456.64 |
| 345 | | Belving Machine | 1/31/2014 | SL / N/A | 7.0000 | 3,795.00 | 100.0000 | 0.00 | 0.00 | 45.18 | 316.26 | 361.44 |
| 346 | | Lenovo | 1/31/2014 | SL / N/A | 7.0000 | 4,750.08 | 100.0000 | 0.00 | 0.00 | 56.55 | 395.85 | 452.40 |
| 347 | | Lens for Helos | 1/31/2014 | SL / N/A | 7.0000 | 9,000.00 | 100.0000 | 0.00 | 0.00 | 107.14 | 749.98 | 857.12 |
| 348 | | Pressure | 1/31/2014 | SL / N/A | 7.0000 | 16,375.00 | 100.0000 | 0.00 | 0.00 | 194.94 | 1,364.58 | 1,559.52 |
| 349 | | Cloud Switch | 1/31/2014 | SL / N/A | 7.0000 | 10,169.98 | 100.0000 | 0.00 | 0.00 | 121.07 | 847.49 | 968.56 |
| 350 | | Liquid Bowl | 1/31/2014 | SL / N/A | 7.0000 | 12,750.00 | 100.0000 | 0.00 | 0.00 | 151.79 | 1,062.53 | 1,214.32 |
| 351 | | Bobcat MT55 | 1/31/2014 | SL / N/A | 7.0000 | 4,631.00 | 100.0000 | 0.00 | 0.00 | 55.13 | 385.91 | 441.04 |
| 352 | | Cyclone | 2/28/2014 | SL / N/A | 7.0000 | 65,500.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 5,458.32 | 5,458.32 |
| 353 | | Pumps | 2/28/2014 | SL / N/A | 7.0000 | 35,552.55 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,962.75 | 2,962.75 |
| 354 | | Conveyor Belt | 2/28/2014 | SL / N/A | 7.0000 | 7,321.84 | 100.0000 | 0.00 | 0.00 | 0.00 | 610.19 | 610.19 |
| 355 | | Drum Shell | 2/28/2014 | SL / N/A | 7.0000 | 12,670.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,055.81 | 1,055.81 |
| 356 | | Surge | 2/28/2014 | SL / N/A | 7.0000 | 4,672.22 | 100.0000 | 0.00 | 0.00 | 0.00 | 389.34 | 389.34 |
| 357 | | Air Conditioner | 2/28/2014 | SL / N/A | 7.0000 | 2,000.70 | 100.0000 | 0.00 | 0.00 | 0.00 | 166.74 | 166.74 |
| 358 | | Dryer | 2/28/2014 | SL / N/A | 7.0000 | 5,320.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 443.31 | 443.31 |
| 359 | | Level Probe | 2/28/2014 | SL / N/A | 7.0000 | 4,960.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 413.35 | 413.35 |
| 360 | | Truck Assy - | 2/28/2014 | SL / N/A | 7.0000 | 12,715.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,059.59 | 1,059.59 |
| 361 | | Roller Bearing | 2/23/2014 | SL / N/A | 7.0000 | 3,440.78 | 100.0000 | 0.00 | 0.00 | 0.00 | 286.72 | 286.72 |
| 362 | | Alert System | 2/28/2014 | SL / N/A | 7.0000 | 7,000.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 583.31 | 583.31 |
| 367 | | Moyno Pump for | 3/31/2014 | SL / N/A | 7.0000 | 3,072.50 | 100.0000 | 0.00 | 0.00 | 0.00 | 219.48 | 219.48 |
| 368 | | Parts for Ball | 3/31/2014 | SL / N/A | 7.0000 | 12,114.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 865.26 | 865.26 |
| 369 | | Beary Assy for | 3/31/2014 | SL / N/A | 7.0000 | 5,467.50 | 100.0000 | 0.00 | 0.00 | 0.00 | 390.54 | 390.54 |
| 370 | | Parker Pump for | 3/31/2014 | SL / N/A | 7.0000 | 3,642.67 | 100.0000 | 0.00 | 0.00 | 0.00 | 260.22 | 260.22 |
| 371 | | Mag Flow Meter | 3/31/2014 | SL / N/A | 7.0000 | 15,498.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,107.00 | 1,107.00 |
| 372 | | Pressure Filter | 3/31/2014 | SL / N/A | 7.0000 | 2,345.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 167.52 | 167.52 |
| 373 | | Balance for Lab | 3/31/2014 | SL / N/A | 7.0000 | 2,546.09 | 100.0000 | 0.00 | 0.00 | 0.00 | 181.86 | 181.86 |
| 374 | | Gear Box for | 3/31/2014 | SL / N/A | 7.0000 | 6,603.58 | 100.0000 | 0.00 | 0.00 | 0.00 | 471.66 | 471.66 |
| 375 | | Cyclone | 3/31/2014 | SL / N/A | 7.0000 | 22,586.28 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,613.28 | 1,613.28 |
| 376 | | Auto Desk | 3/31/2014 | SL / N/A | 10.0000 | 3,597.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 179.88 | 179.88 |
| 377 | | WASP Software | 3/31/2014 | SL / N/A | 10.0000 | 2,592.99 | 100.0000 | 0.00 | 0.00 | 0.00 | 129.66 | 129.66 |
| 378 | | Cyclone Support | 3/31/2014 | SL / N/A | 7.0000 | 9,315.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 665.34 | 665.34 |
| 379 | | Centrifuge | 3/31/2014 | SL / N/A | 7.0000 | 23,942.15 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,710.18 | 1,710.18 |
| 380 | | Pug Mill | 3/31/2014 | SL / N/A | 7.0000 | 4,592.50 | 100.0000 | 0.00 | 0.00 | 0.00 | 328.02 | 328.02 |
| 381 | | Meraki Switch | 3/31/2014 | SL / N/A | 7.0000 | 5,447.99 | 100.0000 | 0.00 | 0.00 | 0.00 | 389.16 | 389.16 |
| 382 | | Hyperbaric Filter | 3/31/2014 | SL / N/A | 7.0000 | 2,900,727.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 207,194.76 | 207,194.76 |
| 383 | | Hyperbaric Filter | 3/31/2014 | SL / N/A | 7.0000 | 2,900,727.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 207,194.76 | 207,194.76 |
| 384 | | HBF Building - | 3/31/2014 | SL / N/A | 39.0000 | 2,695,865.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 34,562.40 | 34,562.40 |
| 385 | | HBF Building - | 3/31/2014 | SL / N/A | 39.0000 | 995,867.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 12,767.52 | 12,767.52 |
| 386 | | HBF Building - | 3/31/2014 | SL / N/A | 39.0000 | 444,966.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 5,704.68 | 5,704.68 |
| 387 | | HBF Building - | 3/31/2014 | SL / N/A | 39.0000 | 114,254.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,464.78 | 1,464.78 |
| 388 | | HBF Building - | 3/31/2014 | SL / N/A | 39.0000 | 1,300,300.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 16,670.52 | 16,670.52 |
| 389 | | HBF - Piping | 3/31/2014 | SL / N/A | 7.0000 | 1,262,591.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 90,185.10 | 90,185.10 |
| 390 | | HBF Building - | 3/31/2014 | SL / N/A | 7.0000 | 248,750.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 17,767.86 | 17,767.86 |
| 391 | | HBF - | 3/31/2014 | SL / N/A | 7.0000 | 190,880.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 13,634.28 | 13,634.28 |
| 392 | | HBF - | 3/31/2014 | SL / N/A | 7.0000 | 264,702.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 18,907.26 | 18,907.26 |
| 393 | | HBF - Sump | 3/31/2014 | SL / N/A | 7.0000 | 7,056.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 504.00 | 504.00 |
| 394 | | HBF - Water | 3/31/2014 | SL / N/A | 7.0000 | 7,890.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 563.58 | 563.58 |
| 395 | | HBF - Level | 3/31/2014 | SL / N/A | 7.0000 | 3,756.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 268.26 | 268.26 |
| 396 | | HBF - Horizontal | 3/31/2014 | SL / N/A | 7.0000 | 39,000.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,785.74 | 2,785.74 |
| 397 | | HBF - Airlines | 3/31/2014 | SL / N/A | 7.0000 | 56,208.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 4,014.84 | 4,014.84 |
| 398 | | Mill Storm Drain | 3/31/2014 | SL / N/A | 7.0000 | 12,148.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 867.72 | 867.72 |
| 399 | | Bird Mount | 3/31/2014 | SL / N/A | 7.0000 | 17,543.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,253.10 | 1,253.10 |
| 400 | | Pipe Insulation | 3/31/2014 | SL / N/A | 7.0000 | 2,109.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 150.66 | 150.66 |
| 401 | | Safety System | 4/30/2014 | SL / N/A | 7.0000 | 26,744.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,591.90 | 1,591.90 |
| 402 | | Tsurumi Pump | 5/31/2014 | SL / N/A | 7.0000 | 6,602.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 314.40 | 314.40 |
| 403 | | Gearbox | 4/30/2014 | SL / N/A | 7.0000 | 2,413.45 | 100.0000 | 0.00 | 0.00 | 0.00 | 143.65 | 143.65 |
| 404 | | MGM | 4/30/2014 | SL / N/A | 7.0000 | 6,330.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 376.80 | 376.80 |
| 405 | | Centrifuge | 4/30/2014 | SL / N/A | 7.0000 | 14,850.85 | 100.0000 | 0.00 | 0.00 | 0.00 | 884.00 | 884.00 |
| 406 | | Parts for Sag | 4/30/2014 | SL / N/A | 7.0000 | 214,766.22 | 100.0000 | 0.00 | 0.00 | 0.00 | 12,783.70 | 12,783.70 |
| 407 | | Safety Jeep | 4/30/2014 | SL / N/A | 7.0000 | 27,967.18 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,664.70 | 1,664.70 |
| 408 | | MMC Pump | 4/30/2014 | SL / N/A | 7.0000 | 34,065.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 2,027.70 | 2,027.70 |
| 409 | D | CP - Flocculant | 4/30/2012 | SL / N/A | 7.0000 | 3,072.50 | 100.0000 | 0.00 | 0.00 | 804.70 | 73.16 | 877.86 |
| 410 | D | CP - Ball Mill | 4/30/2012 | SL / N/A | 7.0000 | 12,114.00 | 100.0000 | 0.00 | 0.00 | 3,172.71 | 288.43 | 3,461.14 |
| 411 | D | CENTRIFUGE | 12/10/2012 | SL / N/A | 7.0000 | 9,995.85 | 100.0000 | 0.00 | 0.00 | 1,784.98 | 238.00 | 2,022.98 |
| 412 | D | CP - Slurry | 4/30/2012 | SL / N/A | 7.0000 | 9,110.17 | 100.0000 | 0.00 | 0.00 | 2,385.99 | 216.91 | 2,602.90 |
| 413 | D | Dryer | 8/30/2013 | SL / N/A | 7.0000 | 6,603.58 | 100.0000 | 0.00 | 0.00 | 471.69 | 157.23 | 628.92 |
| 414 | | Belt Covers | 4/30/2014 | SL / N/A | 7.0000 | 4,600.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 273.80 | 273.80 |
| 415 | | Motor for HBF | 4/30/2014 | SL / N/A | 7.0000 | 7,630.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 454.15 | 454.15 |
| 416 | | Belting | 4/30/2014 | SL / N/A | 7.0000 | 12,242.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 728.70 | 728.70 |
| 417 | | HBF - Building | 4/30/2014 | SL / N/A | 39.0000 | 1,007,980.17 | 100.0000 | 0.00 | 0.00 | 0.00 | 10,769.00 | 10,769.00 |
| 418 | | Cyinder Rebuild | 5/31/2014 | SL / N/A | 7.0000 | 4,975.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 236.92 | 236.92 |
| 419 | | SAG Feed | 5/31/2014 | SL / N/A | 7.0000 | 6,958.55 | 100.0000 | 0.00 | 0.00 | 0.00 | 331.36 | 331.36 |
| 420 | | HBF Filtrate | 5/31/2014 | SL / N/A | 7.0000 | 4,062.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 193.44 | 193.44 |
| 421 | | Gearbox | 5/31/2014 | SL / N/A | 7.0000 | 2,413.45 | 100.0000 | 0.00 | 0.00 | 0.00 | 114.92 | 114.92 |
| 422 | | Sludge Probe | 5/31/2014 | SL / N/A | 7.0000 | 2,556.25 | 100.0000 | 0.00 | 0.00 | 0.00 | 121.72 | 121.72 |
| 423 | | LS Pinion | 5/31/2014 | SL / N/A | 7.0000 | 27,947.96 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,330.84 | 1,330.84 |
| 424 | | Pump for Floc | 5/31/2014 | SL / N/A | 7.0000 | 17,824.77 | 100.0000 | 0.00 | 0.00 | 0.00 | 848.80 | 848.80 |
| 425 | | Tower Escape | 5/31/2014 | SL / N/A | 7.0000 | 4,041.43 | 100.0000 | 0.00 | 0.00 | 0.00 | 192.44 | 192.44 |
| 426 | D | CENTRIFUGE | 12/10/2012 | SL / N/A | 7.0000 | 14,850.85 | 100.0000 | 0.00 | 0.00 | 2,651.94 | 530.39 | 3,182.33 |
| 427 | D | Gearbox | 2/4/2013 | SL / N/A | 7.0000 | 2,413.45 | 100.0000 | 0.00 | 0.00 | 373.51 | 86.20 | 459.71 |
| 428 | | Cooling for HBF | 5/31/2014 | SL / N/A | 7.0000 | 14,358.85 | 100.0000 | 0.00 | 0.00 | 0.00 | 683.76 | 683.76 |
| 429 | | HBF - Building | 5/31/2014 | SL / N/A | 39.0000 | 373,463.92 | 100.0000 | 0.00 | 0.00 | 0.00 | 3,192.00 | 3,192.00 |
| 430 | | HBF BUILDING | 4/30/2014 | SL / N/A | 39.0000 | 100,000.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 1,068.40 | 1,068.40 |
| 431 | | HBF | 6/30/2014 | SL / N/A | 7.0000 | 4,110.36 | 100.0000 | 0.00 | 0.00 | 0.00 | 146.79 | 146.79 |
| 432 | | PUMP | 6/30/2014 | SL / N/A | 7.0000 | 8,618.05 | 100.0000 | 0.00 | 0.00 | 0.00 | 307.80 | 307.80 |
| 433 | | MOTOR FOR | 6/30/2014 | SL / N/A | 7.0000 | 5,838.87 | 100.0000 | 0.00 | 0.00 | 0.00 | 208.53 | 208.53 |
| 434 | | AIR UNIT FOR | 6/30/2014 | SL / N/A | 7.0000 | 4,880.28 | 100.0000 | 0.00 | 0.00 | 0.00 | 174.30 | 174.30 |
| 435 | | VALVE FOR | 6/30/2014 | SL / N/A | 7.0000 | 8,425.34 | 100.0000 | 0.00 | 0.00 | 0.00 | 300.90 | 300.90 |
| 436 | | VOLUMETRIC | 6/30/2014 | M / HY | 7.0000 | 8,380.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 532.08 | 532.08 |
| 437 | | FEED PIPE | 6/30/2014 | SL / N/A | 7.0000 | 6,375.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 227.67 | 227.67 |
| 438 | | HI-G FINES | 6/30/2014 | SL / N/A | 7.0000 | 107,500.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 3,839.28 | 3,839.28 |
| 439 | | XRF FLUX - | 6/30/2014 | SL / N/A | 7.0000 | 3,700.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 132.15 | 132.15 |
| 440 | D | HBF - | 3/31/2014 | SL / N/A | 7.0000 | 4,062.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 145.07 | 145.07 |
| 441 | D | Gearbox | 2/4/2013 | SL / N/A | 7.0000 | 2,413.45 | 100.0000 | 0.00 | 0.00 | 373.51 | 114.93 | 488.44 |
| 442 | D | CP - Thickeners | 4/30/2012 | SL / N/A | 7.0000 | 2,556.25 | 100.0000 | 0.00 | 0.00 | 669.50 | 121.73 | 791.23 |
| 443 | D | CP - Flocculant | 4/30/2012 | SL / N/A | 7.0000 | 17,824.77 | 100.0000 | 0.00 | 0.00 | 4,668.40 | 848.80 | 5,517.20 |
| 444 | | Parts for Ball | 6/30/2014 | SL / N/A | 7.0000 | 6,983.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 249.39 | 249.39 |
| 445 | | Tunnion Nut & | 7/31/2014 | SL / N/A | 7.0000 | 10,400.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 247.62 | 247.62 |
| 446 | | Motors for PDC | 7/31/2014 | SL / N/A | 7.0000 | 40,009.50 | 100.0000 | 0.00 | 0.00 | 0.00 | 952.60 | 952.60 |
| 447 | | Manifold Assy | 7/31/2014 | SL / N/A | 7.0000 | 13,110.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 312.14 | 312.14 |
| 448 | | Standard Feed | 7/31/2014 | SL / N/A | 7.0000 | 7,789.39 | 100.0000 | 0.00 | 0.00 | 0.00 | 185.46 | 185.46 |
| 449 | | Liquid Bowl | 7/31/2014 | SL / N/A | 7.0000 | 18,865.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 449.16 | 449.16 |
| 450 | | Metso HM100 | 8/31/2014 | SL / N/A | 7.0000 | 8,008.96 | 100.0000 | 0.00 | 0.00 | 0.00 | 95.35 | 95.35 |
| 451 | | Gearbox for | 7/31/2014 | SL / N/A | 7.0000 | 23,948.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 570.18 | 570.18 |
| 452 | | Parts for | 7/31/2014 | SL / N/A | 7.0000 | 15,680.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 373.34 | 373.34 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 453 | Ball Mill Clutch | 7/31/2014 | SL / N/A | 7.0000 | 14,715.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 350.36 | 350.36 |
| 454 | Bushing Bowl | 7/31/2014 | SL / N/A | 7.0000 | 5,478.84 | 100.0000 | 0.00 | 0.00 | 0.00 | 130.44 | 130.44 |
| 455 | Flow Switch | 8/31/2014 | SL / N/A | 7.0000 | 2,607.50 | 100.0000 | 0.00 | 0.00 | 0.00 | 31.04 | 31.04 |
| 456 | HBF Parts | 8/31/2014 | SL / N/A | 7.0000 | 62,482.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 743.83 | 743.83 |
| 457 | Discharger | 8/31/2014 | SL / N/A | 7.0000 | 37,063.60 | 100.0000 | 0.00 | 0.00 | 0.00 | 441.23 | 441.23 |
| 8 | Cooling Tower | 8/31/2014 | SL / N/A | 39.0000 | 4,288.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 9.16 | 9.16 |
| | Centrifuge | 8/31/2014 | SL / N/A | 7.0000 | 48,400.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 576.19 | 576.19 |
| 0 | EH Meter for | 9/30/2014 | SL / N/A | 7.0000 | 2,383.29 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 461 | Impeller for HBF | 9/30/2014 | SL / N/A | 7.0000 | 5,260.96 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 462 | Inlet Liner for | 9/30/2014 | SL / N/A | 7.0000 | 3,526.96 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 463 | Plate for | 9/30/2014 | SL / N/A | 7.0000 | 8,691.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 464 | TEWA | 9/30/2014 | SL / N/A | 7.0000 | 11,996.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 465 | Meter for | 9/30/2014 | SL / N/A | 7.0000 | 6,433.00 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 466 | Seismic Isolator | 9/30/2014 | SL / N/A | 7.0000 | 2,960.76 | 100.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Subtotal: Other Depr #1 - Other Depreciation | 90,569,240.48 | | 0.00 | 0.00 | 16,894,112.85 | 5,951,677.08 | 22,845,789.93 |
| Less dispositions and exchanges: | 129,943.47 | | 0.00 | 0.00 | 25,010.73 | 0.00 | 29,638.89 |
| Net for: Other Depr #1 - Other Depreciation | 90,439,297.01 | | 0.00 | 0.00 | 16,869,102.12 | 5,951,677.08 | 22,816,151.04 |
| Subtotal: | 90,569,240.48 | | 0.00 | 0.00 | 16,894,112.85 | 5,951,677.08 | 22,845,789.93 |
| Less dispositions and exchanges: | 129,943.47 | | 0.00 | 0.00 | 25,010.73 | 0.00 | 29,638.89 |
| Grand Totals: | 90,439,297.01 | | 0.00 | 0.00 | 16,869,102.12 | 5,951,677.08 | 22,816,151.04 |

# EXHIBIT D

### to Schedule 1.01(a)

### Water Rights

4835-3390-3650 1

| Water Rights Number | % Interest | Source | Acre feet | Notes | Water Lease | |
|---|---|---|---|---|---|---|
| 71-1248 | | Sec 23 of T35S R16W | 1 | This is a jointly owned water right. | | |
| 71-1279 | 100% | Wells located in Sec 20, 29, 30 of T36S R13W | 26.064 | Approval for Non-use of this water due for renewal on 8/30/2013 | | |
| 71-155 | | Wells located in Sec 4, 8 of T36S R15W | 330.974 | 23.632 A.F. segregated off for stockwatering. Total in use is 474.85 | Robert Holt/Shawn Reber | |
| 71-155 | | Wells located in Sec 4, 8 of T36S R15W | 143.876 | 23.632 A.F. segregated off for stockwatering  Total in use is 474.85 | | |
| 71-584 | 100% | Well located in Sec 2 of T37S R14W | 36.2 | Approval for Non-use of this water due for renewal on 10/31/2011 | | |
| 71-801 | 100% | Wells located in Sec 4, 8 of T36S R15W | 320 | | Robert Holt/Shawn Reber | Transferred to WCD |
| 71-1181 | 100% | Wells located in Sec 4 of T36S R15W | 499.842 | 1181 and 1197 are under Suppemental Group #600113 | Shawn Reber/Hulet | |
| 71-1197 | 100% | Wells located in Sec 4 of T36S R15W | 330.192 | 1181 and 1197 are under Suppemental Group #600113 | Shawn Reber/Hulet | |
| 71-1205 | 100% | Wells located in Sec 4, 8 of T36S R15W | 116.8 | | Robert Holt/Shawn Reber | |
| 71-1234 | 100% | Wells located in Sec 19 of T36S R13W | 10.86 | Approval for Non-use of this water due for renewal on 8/30/2013 | | |
| 71-2402 | 100% | Wells located in Sec 11 of T36S R13W | 89.748 | Approval for Non-use of this water due for renewal on 8/30/2013 | | |
| 71-2403 | 100% | Wells located in Sec 2 of T37S R14W | 64.288 | Approval for Non-use of this water due for renewal on 8/30/2013 | | |
| 71-2835 | 100% | Wells located in Sec 30 of T36S R13W | 36.2 | Approval for Non-use of this water due for renewal on 8/30/2013 | | |
| 71-2867 | | Wells located in Sec 18, 20 of T35S R12W | 1 | This is a jointly owned water right. | | |

2007.044
1687.044

Case 4:19-cv-00060-DN Document 7 Filed 08/15/19 PageID.85 Page 48 of 78

### Farm Water Lease Summary- Newcastle

| Lessee | Acres | Leased Acre | Water Right # |
|--------|-------|-------------|---------------|
| Hulet | 117.5 | 433.6 | 71-801, 71-1205, |
| Rebar | 104 | 402.4 | 71-155, 71-1181, |
| Holt | 140.68 | 600 | 71-1197 |

# SCHEDULE 1.01(b)

### Excluded Assets

A.   **Insurance Proceeds.** All proceeds, refunds, or payouts of any insurance policies owned or insuring the Sellers or their assets except the proceeds of *National Union Fire Insurance Company of Pittsburgh, P.A. v. CML Metals Corporation, et. al.*, Civil No. 2:12-cv-00934 (the "*Lawsuit*").

B.   **Claims.** All causes of action against CML's customers and vendors including, without limitation, causes of action against Samuels Engineering and First Union Rail.

4835-3390-3650 1

# SCHEDULE 1.02

## GDC Assumed Liabilities

A. **Environmental Liability**

    a. GDC hereby accepts any environmental liabilities related to the Assets at and after the Closing, including clean-up liability, and agree to indemnify and hold the Sellers harmless from the same.

B. **Tax Obligations**

    a. All tax obligations to Iron County Treasurer, (estimated at time of Agreement to be US$851,168.32).

C. **Michael Conboy Payable**

    a. GDC agrees to execute and assume liability for the payable owed to Michael Conboy in the amount of US$2,902,900.06 by executing and delivering the promissory note in the form attached as Exhibit A to this schedule (the "*Conboy Note*").

D. **Agreements for Legal Services**

    a. Benefits and Liabilities accruing from and after the Closing under the retainer and engagement agreements relating to the Lawsuit with Hatch, James & Dodge, P.C.

E. **Liabilities Related to the Assets**

    a. All liabilities relating to the Assets accruing or becoming fixed from and after the date of the Closing.

4835-3390-3650 1

# EXHIBIT A

**to Schedule 1.02**

**Conboy Note**

4835-3390-3650 1

## PROMISSORY NOTE

$2,902,900.06

Execution Date: April 2, 2015

Maturity Date: April 2, 2018

For value received, Gilbert Development Corporation, a Utah corporation ("*Maker*"), hereby promises to pay to the order of Michael Conboy, a natural person ("*Holder*"), the principal sum of two million, nine hundred two thousand, nine hundred dollars and 06/100 Dollars ($2,902,900.06).

No interest is due or shall accrue balance of this Note for the period commencing on the date hereof if this Note is paid in full on the Maturity Date. If this Note is not paid in full on the Maturity Date, interest (including interest on interest and interest after the filing of a bankruptcy or other similar proceeding) shall accrue and be calculated for actual days elapsed from the Execution Date through the date of payment at 18 percent per annum, compounded continuously, on the basis of a 360-day year.

This Note shall be payable upon the Maturity Date, or at any time prior to the Maturity Date with no penalty for prepayment. All payments shall be applied first to accrued interest (if any) and then to outstanding principal.

This Note shall be payable at the following address or such other place as Holder may from time to time designate in writing:

> Michael Conboy
> c/o Luxor Capital Group, LP
> 1114 Avenue of the Americas, Twenty-Ninth Floor
> New York, NY 10036

In the event of Maker's failure to pay in full on the Maturity Date, Maker will pay Holder all amounts, including attorneys' fees, incurred by Holder to collect on the Note.

No course of dealing and no delay on the part of Holder in exercising any right shall operate as a waiver thereof or otherwise prejudice Holder's rights. The rights and remedies of Holder are cumulative and not exclusive of any rights or remedies it would otherwise have. Maker hereby waives presentment for payment, notice of dishonor, protest and notice of protest.

This Note shall be governed by the laws of the State of Utah.

Gilbert Development Corporation (Maker)

By: _____     April 2 - 205
Steve L. Gilbert, President

4833-5112-4258.1

# EXHIBIT B

## (GDC Note)

## PROMISSORY NOTE

$2,902,900.06

Execution Date: April 2, 2015

Matuity Date: April 2. 2018

For value received, Gilbert Development Corporation, a Utah corporation ("*Maker*"), hereby promises to pay to the order of Michael Conboy, a natural person ("*Holder*"), the principal sum of two million, nine hundred two thousand, nine hundred dollars and 06/100 Dollars ($2,902,900.06).

No interest is due or shall accrue balance of this Note for the period commencing on the date hereof if this Note is paid in full on the Maturity Date. If this Note is not paid in full on the Maturity Date, interest (including interest on interest and interest after the filing of a bankruptcy or other similar proceeding) shall accrue and be calculated for actual days elapsed from the Execution Date through the date of payment at 18 percent per annum, compounded continuously, on the basis of a 360-day year.

This Note shall be payable upon the Maturity Date, or at any time prior to the Maturity Date with no penalty for prepayment. All payments shall be applied first to accrued interest (if any) and then to outstanding principal.

This Note shall be payable at the following address or such other place as Holder may from time to time designate in writing:

> Michael Conboy
> c/o Luxor Capital Group, LP
> 1114 Avenue of the Americas, Twenty-Ninth Floor
> New York, NY  10036

In the event of Maker's failure to pay in full on the Maturity Date, Maker will pay Holder all amounts, including attorneys' fees, incurred by Holder to collect on the Note.

No course of dealing and no delay on the part of Holder in exercising any right shall operate as a waiver thereof or otherwise prejudice Holder's rights. The rights and remedies of Holder are cumulative and not exclusive of any rights or remedies it would otherwise have. Maker hereby waives presentment for payment, notice of dishonor, protest and notice of protest.

This Note shall be governed by the laws of the State of Utah.

Gilbert Development Corporation (Maker)

By:_____    April 2- 20

Steve L. Gilbert, President

4833-5112-4258.1

# EXHIBIT C

# (Assignment)

## ASSIGNMENT OF AGREEMENT RIGHTS UNDER ASSET PURCHASE AGREEMENT

Pursuant to this agreement ("*Agreement*") dated this 29th day of April, 2015, by and between **Gilbert Development Corporation**, a Nevada corporation ("*GDC*") and **Black Iron, LLC**, a Utah limited liability company ("*Black Iron*" and, together with **GDC**, the "*Parties*"), for good and valuable consideration, the Parties agree as follows:

## ARTICLE I
### RECITALS

*Whereas* GDC is party to that certain Asset Purchase Agreement ("*APA*") dated as of April 2, 2015, attached as Exhibit "A" hereto, by and among **GDC**, as buyer and **CML Metals, Corporation** and **CML Holdings, Inc.**, as Sellers; and

*Whereas* under the APA, **GDC** has the right to assign its rights under the APA to a nominee, and wishes to assign its rights under the APA to **Black Iron**; and

*Whereas* Black Iron is willing to accept the assignment of **GDC's** rights under the APA;

*NOW, THEREFORE*, the Parties agree as follows:

## ARTICLE II
### AGREEMENT

**GDC** hereby assigns all of its right, title, and interest under the APA to **Black Iron** as of the date first written above.

Notwithstanding the assignment, **GDC** will remain obligated under the APA for the GDC Assumed Liabilities set forth in Schedule 1.02 of the APA.

1

**Black Iron 00002529**

IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the date first written above.

Black Iron, LLC,
a Utah limited liability company

By: _____
Name: Steve L. Gilbert
Title: Managing Member

Gilbert Development
Corporation,
a Nevada corporation

By: _____
Name: Steve L. Gilbert
Title:    President

Agreed, as to form,
CML Metals, Corporation,
a Utah corporation

By: _____
Name: Chris Bradley
Title: Vice President

4812-3914-4739.1

**Black Iron 00002530**

# EXHIBIT D

## (May 4, 2015 Rothschild Email)

Case 4:18-cv-00090-DN-PK Document 27-2 Filed 04/05/19 Page 196 of 3

| | |
|---|---|
| **From:** | Brian Rothschild </O=PBL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRIAN ROTHSCHILDCAD> |
| **To:** | cwg@infowest.com |
| **CC:** | steve@gilbertdevelopment.com |
| **Sent:** | 5/4/2015 8:49:54 PM |
| **Subject:** | CML Metals - Conboy Promissory Note (Rev. 5.4.2015).doc |
| **Importance:** | High |
| **Attachments:** | CML Metals - Conboy Promissory Note (Rev. 5.4.2015).doc |

Revised promissory note as discussed.

Please approve.

Brian



**PARSONS BEHLE & LATIMER**

A Professional
Law Corporation

**Brian Rothschild | Attorney at Law | Admitted in California, Idaho, and Utah**

201 South Main Street, Suite 1800 | Salt Lake City, Utah 84111

Main 801.532.1234 | Fax 801.536.6111

**parsonsbehle.com | vCard**

CONFIDENTIALITY NOTICE: This electronic mail message and any attachment are confidential and may also contain privileged attorney-client information or work product. The message is intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at 801.532.1234, and delete this original message.

CML000155

## PROMISSORY NOTE

Amount: $2,902,900.06                    Execution Date: ~~March~~ May 4 ,
2015

Maturity Date: March 31, 2018

For value received, Gilbert Development Corporation, a Utah corporation ("*Maker*"), hereby promises to pay to the order of Michael Conboy, a natural person ("*Holder*"), the principal sum of two million, nine hundred two thousand, nine hundred dollars and 06/100 Dollars ($2,902,900.06).

No interest is due or shall accrue balance of this Note for the period commencing on the date hereof if this Note is paid in full on the Maturity Date. If this Note is not paid in full on the Maturity Date, interest (including interest on interest and interest after the filing of a bankruptcy or other similar proceeding) shall accrue and be calculated for actual days elapsed from the Execution Date through the date of payment at 18 percent per annum, compounded continuously, on the basis of a 360-day year.

This Note shall be payable upon the Maturity Date, or at any time prior to the Maturity Date with no penalty for prepayment. All payments shall be applied first to accrued interest (if any) and then to outstanding principal.

This Note shall be payable at the following address or such other place as Holder may from time to time designate in writing:

> Michael Conboy
> c/o Luxor Capital Group, LP
> 1114 Avenue of the Americas
> Twenty-Ninth Floor
> New York, NY 10036

In the event of Maker's failure to pay in full on the Maturity Date, Maker will pay Holder all amounts, including attorneys' fees, incurred by Holder to collect on the Note.

No course of dealing and no delay on the part of Holder in exercising any right shall operate as a waiver thereof or otherwise prejudice Holder's rights. The rights and remedies of Holder are cumulative and not exclusive of any rights or remedies it would otherwise have. Maker hereby waives presentment for payment, notice of dishonor, protest and notice of protest.

Maker's obligations under this Promissory Note are undertaken in connection with and as consideration for the sale (the "*Sale*") of certain assets and assumption of liabilities as contemplated in that certain asset purchase agreement (the "*APA*") dated as of April 2, 2015 by and between Maker as buyer on the one hand, and CML Metal Corporation, and CML Holdings, Inc. as sellers on the other hand. Notwithstanding the foregoing obligations, if a trustee, receiver, creditor, shareholder, court, or other party successfully overturns, challenges, avoids, or rescinds, etc., the Sale, Maker's obligations hereunder are null and void, and Maker will have no obligation under this Note. To the extent prior to the Maturity Date that Maker or the property purchased in the Sale is subject to suit as a result of the Sale or previously undisclosed liability (other than the Assumed Liabilities as set forth in the APA), the Maturity Date will be extended

4817-4365-0339 1

CML000156

until such obligation is resolved. If any such liability shall be of such a magnitude that Maker is unable to realize quiet enjoyment of the property purchased in the Sale. Maker has a secured right of setoff against this Promissory Note to the extent of such liability.

This Note shall be governed by and construed in accordance with the laws of the State of Utah.

Gilbert Development Company (Maker)

By:_____
     Steve L. Gilbert

Its:   President

4817-4365-0339.1      2

CML000157

# EXHIBIT E

## (May 5, 2015 Rothschild Email)

| From: | Brian Rothschild </O=PBL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRIAN ROTHSCHILDCAD> |
| --- | --- |
| To: | steve@gilbertdevelopment.com |
| CC: | cwg@infowest.com |
| Sent: | 5/5/2015 4:24:27 PM |
| Subject: | FW: CML Metals - Conboy Promissory Note (Rev. 5.4.2015).doc |
| Attachments: | CML Metals - Conboy Promissory Note (Rev. 5.4.2015).doc |

Forwarded to Steve at Cyndi's request.

**From:** Brian Rothschild
**Sent:** Tuesday, May 05, 2015 10:13 AM
**To:** cwg@infowest.com
**Subject:** CML Metals - Conboy Promissory Note (Rev. 5.4.2015).doc

Cyndi:

CML accepted the changes. We have one further slight edit. See attached. If acceptable, please send it to escrow.

Brian



A Professional
Law Corporation

**Brian Rothschild | Attorney at Law | Admitted in California, Idaho, and Utah**
201 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
Main 801.532.1234 | Fax 801.536.6111
**parsonsbehle.com** | vCard

CONFIDENTIALITY NOTICE: This electronic mail message and any attachment are confidential and may also contain privileged attorney-client information or work product. The message is intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at 801.532.1234, and delete this original message.

CML000158

**PROMISSORY NOTE**

Amount: $2,902,900.06                                      Execution Date: May 45, 2015

Maturity Date: March 31, 2018

     For value received, Black Iron, LLC ("*Maker*"), hereby promises to pay to the order of Michael Conboy, a natural person ("*Holder*"), the principal sum of two million, nine hundred two thousand, nine hundred dollars and 06/100 Dollars ($2,902,900.06).

     No interest is due or shall accrue against the balance of this Note for the period commencing on the date hereof if this Note is paid in full on the Maturity Date. If this Note is not paid in full on the Maturity Date, interest (including interest on interest and interest after the filing of a bankruptcy or other similar proceeding) shall accrue and be calculated for actual days elapsed from the Execution Date through the date of payment at 10 percent per annum, compounded continuously, on the basis of a 360-day year.

     This Note shall be payable upon the Maturity Date, or at any time prior to the Maturity Date with no penalty for prepayment Maker shall be allowed to pay any or all of the Note at any time prior to the Maturity Date. Should the Note fail to be paid in full on or before the Maturity Date, payments thereafter shall be applied first to accrued interest and then to outstanding principal.

     This Note shall be payable at the following address or such other place as Holder may from time to time designate in writing:

          Michael Conboy
          c/o Luxor Capital Group, LP
          1114 Avenue of the Americas
          Twenty-Ninth Floor
          New York, NY 10036

     In the event of Maker's failure to pay in full on the Maturity Date, Maker will pay Holder all amounts, including attorneys' fees, incurred by Holder to collect on the Note.

     No course of dealing and no delay on the part of Holder in exercising any right shall operate as a waiver thereof or otherwise prejudice Holder's rights. The rights and remedies of Holder are cumulative and not exclusive of any rights or remedies it would otherwise have. Maker hereby waives presentment for payment, notice of dishonor, protest and notice of protest.

     Maker's obligations under this Promissory Note are undertaken in connection with and as consideration for the sale (the "*Sale*") of certain assets and assumption of liabilities as contemplated in that certain asset purchase agreement (the "*APA*") dated as of April 2, 2015 by and between Maker as buyer on the one hand, and CML Metal, Corporation, and CML Holdings, Inc. as sellers on the other hand. Notwithstanding the foregoing obligations, if a trustee, receiver, creditor, shareholder, court, or other party successfully overturns, challenges, avoids, or rescinds, etc., the Sale, Maker's obligations hereunder are null and void, and Maker will have no obligation under this Note. To the extent prior to the Maturity Date that Maker or the property purchased in the Sale is subject to suit as a result of the Sale or previously undisclosed liability (other than the Assumed Liabilities as set forth in the APA), the Maturity Date will be extended

4817-4365-0339.2

CML000159

until such obligation is resolved with no interest accruing until the suit is resolved by the parties. If any such liability shall be of such a magnitude that Maker is unable to realize quiet enjoyment of substantially all of the property purchased in the Sale, Maker has a secured right of setoff against this Promissory Note to the extent of such liability.

This Note shall be governed by and construed in accordance with the laws of the State of Utah.

Black Iron, LLC (Maker)

By:_____
Steve L. Gilbert

Its:       Managing Member

4817-4365-0339.2

2

CML000160

# EXHIBIT F

## (Escrow Instructions and Documents)

May 5, 2015

**BY EMAIL**

Joseph McPhie
Steve Shrope
Southern Utah Title Company of Cedar City
210 North 300 West
Cedar City, Utah 84720

**Joint Escrow and Closing Instruction Letter
of CML Metals Corporation, a Utah corporation ("Seller")
in connection with the sale
to Black Iron, LLC, a Utah Limited Liability Company ("Buyer")
of real and personal property ("Property") located in Iron County, Utah
a portion of which is more particularly described in Schedule A of
that certain Commitment for Title Insurance No. 50926 (Second Amended) dated
effectively April 3, 2015, issued by Southern Utah Title Company of Cedar City as
title agent ("SUTCC") on behalf of First American Title Insurance Company ("First
American")**

Dear Joseph and Steve:

SUTCC has been retained by Buyer and Seller to serve as escrow with respect to the purchase and sale of the Property and escrow for closing this transaction. This letter shall serve as Buyer's and Seller's joint escrow and closing instructions to SUTCC. Acceptance by SUTCC of these instructions shall constitute a contractual obligation of SUTCC for complete and diligent compliance with these instructions. If you have not done so already, please open an escrow ("Escrow") in connection with the purchase and sale of the Property in accordance with the provisions of this letter. If you are not prepared to close in complete accordance with these instructions, or if any escrow or closing instructions given to you conflict with these instructions, you are instructed to notify the undersigned and not to proceed to close until otherwise directed.

Delivery of Documents. Prior to closing the Escrow, each of the documents described on Exhibit A ("Documents") will be delivered to SUTCC to be held in Escrow in accordance with the provisions of this letter.

CMB

4810-7607-9651.8

Southern Utah Title Company
May 5, 2015
Page 2

Purchase Price; Costs.   You have been provided with an executed copy of the Asset Purchase Agreement with an effective date of April 2, 2015 between Seller and Buyer (the "Purchase Agreement").   The following represents the relevant purchase price and other costs to be paid from Escrow:

Purchase Price.  As set forth in the Purchase Agreement, the cash portion of the purchase price for the Property is $4,500,000 (the "Cash").  Buyer will deliver the Cash to SUTCC by wire transfer for deposit into the Escrow, and will also deliver sufficient additional funds to pay its portion of the costs and expenses in accordance with the Disbursement Summary Statement (the "Closing Funds").

Costs.   The Seller is responsible for paying one half of SUTCC's escrow and recording fees.  The Buyer is responsible for the following fees and costs associated with the Closing: (a) one half of SUTCC's escrow and recording fees; (b) the premium for an ALTA Standard Coverage Owners Policy of Title Insurance (Form 2006) in the amount of the $12,700,000 (the "Title Policy"); (c) agricultural roll-back taxes, if any, arising under Utah law; and (d) its attorneys' fees, costs and expenses associated with the purchase and sale of the Property.

Closing.  SUTCC is authorized and instructed to close the Escrow, record the Documents described in Exhibit A, Part I, in that order, with the Iron County, Utah Recorder's Office, file the Documents described in Exhibit A, and deliver the Documents described in Exhibit A, Parts II and III and the Closing Funds referred to in Paragraph B above, when, and only when, SUTCC has satisfied the following conditions and notified the undersigned in writing that each of the following conditions has been satisfied:

Escrow Letter.  SUTCC shall have executed and delivered a counterpart of this letter to the undersigned.

Title Policy.  First American shall be in a position irrevocably to issue to the Title Policy, insuring Buyer as the owner of fee simple and marketable title to the Property; subject only to (i) the preprinted terms and conditions of the Title Policy, (ii) those matters described in Schedule B - Section 2 of the Commitment as exception Nos. 1 through 138, inclusive, and 142; (iii) taxes for tax years 2014, 2015 and thereafter; and (iv) any defect in title as to Parcels 12 and 13 resulting from the transfer of the leases in the Assignment and Assumption Agreement.  Said leases contain non-transfer without state approval clause. Said exception shall be added to final policy of title insurance.

Disbursements.  SUTCC shall be in a position irrevocably to cause the disbursements and costs to be allocated and disbursed in accordance with the Disbursement Summary Statement executed by Buyer and Seller including, without limitation, the payments set forth in Exhibit C, with proceeds as set forth on the Disbursement Summary Statement to be distributed to Seller by wire transfer pursuant to the wire transfer instructions attached to this letter as Exhibit B.

CMB

4810-7607-9651.8

Southern Utah Title Company
May 5, 2015
Page 3

Confirmation of Closing.  SUTCC shall have received written confirmation from the undersigned that SUTCC is authorized to close the Escrow.

Document Execution.  SUTCC shall have caused Seller and Buyer to date, execute, notarize, and acknowledge, where appropriate, the Documents.

Failure to Close.  If you have not closed the Escrow in accordance with this letter on or before the close of business on May __, 2015, unless otherwise directed in writing by the undersigned, you are directed to hold the Documents and Closing Funds until you receive further instructions from the undersigned.

Closing Documents.  SUTCC will provide the undersigned with recording and filing information for the Documents described in Exhibit A, Part I within 48 hours of recording and filing.  Within five days after the close of Escrow, please deliver (i) the "simple-file" recorded deed to Buyer's counsel, (ii) the original Conboy Note to Seller's counsel, and (iii) one original of the Documents described in Exhibit A, Part III, as designated therein.

* * * *

These instructions shall not be modified or amended unless in writing and executed by the undersigned.  SUTCC's execution and delivery to the undersigned of an executed copy of this letter as requested in paragraph C(1) above indicate agreement by SUTCC to comply in full with the foregoing instructions.  Upon receipt of written (including electronic) instructions from both Seller and Buyer to close the escrow, SUTCC will close the escrow. Transmission of such instructions will be an acknowledgement that the Seller and Buyer, respectively, are satisfied and accept all conditions and, specifically, that item C, section 2 (relating to title policy and exceptions) are satisfactory to the Buyer.

SUTCC, as paymaster, will deliver by wire transfer or check, as indicated, the amounts indicated on Exhibit C, and will bear no responsibility to verify that the amounts so paid constitute full satisfaction of such obligations or satisfy any other condition or obligation.

If these instructions or any matter relating hereto shall become the subject of any litigation or controversy, Buyer and Seller agree, jointly and severally, to release and hold SUTCC free and harmless from any loss or expense, including attorneys' fees, that may be suffered by it by reason thereof, except for losses or expenses as may arise from SUTCC's negligent or willful misconduct or willful breach of trust.

This letter may be executed in multiple counterparts, each of which shall be deemed an original and all of which when taken together, shall constitute a whole.

Agreed to by the undersigned, this ___ day of May, 2015:

CMB

4810-7607-9651.8

SUTitle001384

Southern Utah Title Company
May 5, 2015
Page 4

Buyer
Black Iron, LLC

By: Steve Gilbert
Its Managing Member

Seller
CML Metals, Corp.

By: Chris Bradley
Its Vice President

Southern Utah Title Company of Cedar City

By: Steve Shrope
Its Escrow Officer

CMB

4810-7607-9651.8

SUTitle001385

## EXHIBIT "A"
## TO
## ESCROW AND CLOSING INSTRUCTION LETTER

(Documents)

**I.   DOCUMENTS FOR RECORDING**

Quitclaim Deed (Primary) from Seller, as grantor, to Buyer, as grantee.

Quitclaim Water Deed from Seller, as grantor, to Buyer, as grantee.

Quitclaim Deed (Unpatented Mining Claims) from Seller, as grantor, to Buyer, as grantee.

Assignment and Assumption Agreement from Seller, as assignor, and Buyer, as assignee.

**II.   DOCUMENTS FOR DELIVERY FROM SUTCC**

Disbursement Summary Statement, for execution by Seller; and

Disbursement Summary Statement, for execution by Buyer.

**III.   DOCUMENTS FOR DELIVERY TO SELLER AND BUYER**

Bill of Sale, from Seller to Buyer;

Bills of Sale and certificate for each sold vehicle, from Seller to Buyer;

Assignment of Contracts and Agreements, from Seller to Buyer;

Certificate of Non-Foreign Status, for execution by Seller;

Executed Conboy Note; and

Termination of License Agreement.

A-1

4810-7607-9651.8

**EXHIBIT "B"**
**TO**
**ESCROW AND CLOSING INSTRUCTION LETTER**

(Wire Transfer Instructions)

<u>CML Holdings, Inc.</u>

Account No: 034175984
Bank: Zions Bank, Salt Lake City, UT
Routing: 124000054
Swift: ZFNBUS55

*CMB*

B-1
4810-7607-9651.8

SUTitle001387

**EXHIBIT "C"**
**TO**
**ESCROW AND CLOSING INSTRUCTION LETTER**

**Payoff Instructions:** All payments to be sent by wire transfer, or, if no wire information is included, by check to the address listed below:

| Vendor | Amount | Address | City | State | Zip | Account or Reference # | Bank Name | Bank Account # | Routing / Transit # |
|---|---|---|---|---|---|---|---|---|---|
| AIRGAS USA LLC | $144.15 | PO Box 1152 | Tulsa | OK | 74101 | 9926089210 | PNC Bank | 8606074174 | 03100053 |
| AMERICAN EQUIPMENT, INC. | $1,238.80 | 451 West 3440 South | Salt Lake City | UT | 84115 | LV5911-IN | N/A | N/A | N/A |
| ANDRITZ SEPARATION, INC. | $55,341.19 | PO Box 120312 | Dallas | TX | 75312 | 8480051348 | Nordea Bank Finland NY | 8879433001 | 026010786 |
| CANYON CROSSING | $2,626.25 | 2045 North Main Street | Cedar City | UT | 84721 | 56 | The Lake Bank | 1020625 | 091201287 |
| CENTRAL IRON COUNTY WCD | $65.00 | 88 E. Fiddlers Canyon Road, Suite A | Cedar City | UT | 84721 | 33115 | N/A | N/A | N/A |
| CODALE ELECTRIC SUPPLY INC. | $53.58 | PO Box 702070 | Salt Lake City | UT | 84170 | S5345872.001 | Wells Fargo Bank | 4124502501 | 121000248 |
| DJB GAS SERVICES, INC. | $563.69 | PO Box 1811 | Salt Lake City | UT | 84110 | 844220, 846997 | Wells Fargo Bank | 2170003491 | 124002971 |
| DURHAM JONES & PINEGAR, P.C. | $11,687.16 | 111 E Broadway, Suite 900 | Salt Lake City | UT | 84111 | 452478, 452479, 452480 | N/A | N/A | N/A |
| FASTENAL COMPANY | $1,018.08 | PO Box 1286 | Winona | MN | 55987 | MN01948204 | Merchants National Bank | 016934 | 091900193 |
| GE CAPITAL | $11,647.54 | PO Box 31001-1351 | Pasadena | CA | 91110 | 82513346 | N/A | N/A | N/A |
| INFINISOURCE | $66.22 | 9350 S 150 E Ste 300 | Sandy | UT | 84070 | 609373 | Silicon Valley Bank | 3300957497 | 121140399 |
| INTERLINX COMMUNICATIONS, LLC | $450.00 | Tonaquint Campus Bldg B SE 201 | St. George | UT | 84770 | 2068 | Chase | 165363530 | 124001545 |
| JONES PAINT & GLASS | $192.26 | 38 E 1600 N | Cedar City | UT | 84720 | CCI0000088 | N/A | N/A | N/A |
| KLEINBERG KAPLAN WOLFF & COHEN | $1,565.00 | 551 5TH Avenue | New York | NY | 10176 | 28747 | Citibank | 9987286692 | 021000089 |
| KOMATSU EQUIPMENT | $314.57 | PO Box 842326 | Dallas | TX | 75284 | P10594 | Bank of America | 8188609935 | 071000039 |
| LES OLSON COMPANY | $556.77 | PO Box 65598 | Salt Lake City | UT | 84165 | EA580173 | Zions Bank | 020013041 | 124000054 |
| LOWHAM-WALSH, LLC | $8,797.54 | 205 S Third Street | Lander | WY | 82520 | FY15018894 | M&T Bank | 9858313894 | 022000046 |
| PARKWAY AUTOPLEX | $3,781.09 | 1010 N Main Street | Cedar City | UT | 84720 | 30746 | N/A | N/A | N/A |
| PEAK WIRELESS SERVICES | $446.63 | 4910 Warehouse Road | Salt Lake City | UT | 84118 | 13038 | Granite Credit Union | 0000000926834 | 324078721 |
| PRESTON DIGITAL SOLUTION | $160.23 | 1509 S 270 E, Suite 6 | St. George | UT | 84790 | 69100 | N/A | N/A | N/A |
| PUMPS PLUS INC. | $11,511.00 | 609 South Taylor Avenue, Unit B | Louisville | CO | 80027 | 20461 | Mountain View Bank of Commerce | 2342001668 | 107007375 |
| QUESTAR GAS | $29.18 | PO Box 45841 | Salt Lake City | UT | 84139 | 40815 | N/A | N/A | N/A |
| RAILCAR MANAGEMENT LLC | $1,152.71 | 3475 Piedmont Road, Suite 250 | Atlanta | GA | 30305 | 74765 | Bank of America | 4427223217 | 111000012 |
| ROLLING RUBBER | $77.84 | 256 West 200 North | Cedar City | UT | 84721 | 92905, 93015 | State Bank of Southern Utah | 13103973 | 124301779 |
| ROCKY RIDGE ROLL-OFFS INC. | $550.00 | 420 N 600 W #1 | Cedar City | UT | 84721 | 8148 | State Bank of Southern Utah | 0153742 | 124301779 |
| SGS NORTH AMERICA INC. | $56,159.35 | PO Box 2502 | Carol Stream | IL | 60132 | 13889569, 13904844 | Citibank | 38805189 | 031100209 |
| STANTEC CONSULTING SERVICES | $1,691.25 | 13980 Collections Center | Chicago | IL | 60693 | 886867 | N/A | N/A | N/A |

B-1
4810-7607-9651.8   *CMB*

SUTitle001388

Southern Utah Title Company
May 5, 2015
Page 2

| Vendor | Amount | Address | City | State | Zip | Account or Reference # | Bank Name | Bank Account # | Routing / Transit # |
|---|---|---|---|---|---|---|---|---|---|
| SYMPATEC INC. | $10,408.76 | 1600 Reed Road, Suite C Drive | Pennington | NJ | 08534 | 8011, 8072 | Bank of America | 0903104725 | 021200339 |
| TOLLFREECONFERENCECALL.COM | $32.31 | PO Box 41069 | Long Beach | CA | 90853 | T22587 | N/A | N/A | N/A |
| THATCHER COMPANY | $17,655.85 | PO Box 27407 | Salt Lake City | UT | 84127 | 1352831, 1357463 | Wells Fargo Bank | 8632303155 | 124002971 |
| TINKS SUPERIOR AUTO PARTS | $599.28 | PO Box 902 | Cedar City | UT | 84720 | 467074, 468918 | State Bank of Southern Utah | 162685 | 124301779 |
| UPS STORE (CEDAR CITY) | $768.40 | 646 South Main Street | Cedar City | UT | 84720 | Jan-15 | N/A | N/A | N/A |
| UNION PACIFIC RAILROAD CO. | $1,763,439.46[1] | *as set forth in the payoff letter | | | | | | | |
| SA RECYCLING LLC | $1,744,472.33[1] | *as set forth in the payoff letter | | | | | | | |

CMB

---

[1] Amounts to be adjusted in accordance with the payoff letter, attached hereto.

4810-7607-9651.8

SUTitle001389

# EXHIBIT G

## (Black Iron Note)

# PROMISSORY NOTE

Amount: $2,902,900.06                    Execution Date: May 5, 2015

Maturity Date: March 31, 2018

For value received, Black Iron, LLC ("*Maker*"), hereby promises to pay to the order of Michael Conboy, a natural person ("*Holder*"), the principal sum of two million, nine hundred two thousand, nine hundred dollars and 06/100 Dollars ($2,902,900.06).

No interest is due or shall accrue against the balance of this Note for the period commencing on the date hereof if this Note is paid in full on the Maturity Date. If this Note is not paid in full on the Maturity Date, interest shall accrue and be calculated for actual days elapsed from the Execution Date through the date of payment at 10 percent per annum, compounded continuously, on the basis of a 360-day year.

This Note shall be payable upon the Maturity Date, or at any time prior to the Maturity Date with no penalty for prepayment. Maker shall be allowed to pay any or all of the Note at any time prior to the Maturity Date. Should the Note fail to be paid in full on or before the Maturity Date, payments thereafter shall be applied first to accrued interest and then to outstanding principal.

This Note shall be payable at the following address or such other place as Holder may from time to time designate in writing:

> Michael Conboy
> c/o Luxor Capital Group, LP
> 1114 Avenue of the Americas
> Twenty-Ninth Floor
> New York, NY 10036

In the event of Maker's failure to pay in full on the Maturity Date, Maker will pay Holder all amounts, including attorneys' fees, incurred by Holder to collect on the Note.

No course of dealing and no delay on the part of Holder in exercising any right shall operate as a waiver thereof or otherwise prejudice Holder's rights. The rights and remedies of Holder are cumulative and not exclusive of any rights or remedies it would otherwise have. Maker hereby waives presentment for payment, notice of dishonor, protest and notice of protest.

Maker's obligations under this Promissory Note are undertaken in connection with and as consideration for the sale (the "*Sale*") of certain assets and assumption of liabilities as contemplated in the asset purchase agreement (the "*APA*") dated as of April 2, 2015 by and between Maker as buyer on the one hand, and CML Metal, Corporation, and CML Holdings, Inc. as sellers on the other hand. Notwithstanding the foregoing obligations, if a trustee, receiver, creditor, shareholder, court, or other party successfully overturns, challenges, avoids, or rescinds, etc. the Sale, Maker's obligations hereunder are null and void, and Maker will have no obligation under this Note. To the extent, prior to the Maturity Date, that Maker or the property purchased in the Sale is subject to suit as a result of the Sale or previously undisclosed liability (other than the Assumed Liabilities as set forth in the APA), the Maturity Date will be extended until such obligation is resolved with no interest accruing until the suit is resolved by the parties. If any

1

SUTitle001487

such liability shall be of such a magnitude that Maker is unable to realize quiet enjoyment of substantially all of the property purchased in the Sale, Maker has a secured right of setoff against this Promissory Note to the extent of such liability.

This Note shall be governed by and construed in accordance with the laws of the State of Utah.

Black Iron, LLC (Maker)

By:_____
                    Steve L. Gilbert

Its:_____    Managing Member

2

SUTitle001488

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2019, I caused copy of the foregoing **COMPLAINT FOR DECLARATORY RELIEF, FOR SETOFF, AND FOR DISALLOWANCE OF CLAIM** to be served on all counsel of record via electronic notice:

- **Brian M. Rothschild** brothschild@parsonsbehle.com, ecf@parsonsbehle.com
- **Penrod W. Keith** pkeith@djplaw.com
- **Dana T. Farmer** dfarmer@jdplaw.com
- **R. Blake Hamilton** bhamilton@djplaw.com


*/s/ Mark Hindley*