IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE BLACK IRON, LLC,<br><br>                  Debtor. | **ORDER GRANTING [3] MOTION TO CONSOLIDATE CASE 4:19-cv-00060 INTO CASE NO. 4:18-cv-00090** |
| BLACK IRON, LLC, a Utah limited liability company,<br><br>                  Plaintiff,<br><br>v.<br><br>MICHAEL CONBOY, an individual,<br><br>                  Defendant | Lead Case No. 4:18-cv-00090 DN-PK<br>Member Case No. 4:19-cv-00060<br><br>District Judge David Nuffer |

Based upon parties' stipulated Motion to Consolidate Case 4:19cv00060 into Case No. 4:18cv0090 (the "Motion")[1] and good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion[2] is GRANTED. This case shall be consolidated into Case No. 4:18-cv-00090.

Signed August 29, 2019.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Stipulated Motion Regarding the Consolidation of the Withdrawn Portions of Bankruptcy Case No. 17-24816 into Case 4:18-cv-0090-DN, docket no. 3, filed August 7, 2019.

[2] *Id.*